**Fill in this information to identify the case:**

Debtor Name: G&G Xpress, Inc.

United States Bankruptcy Court for the: Southern District of Texas

Case number: 24-50003

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                12/17

Month: January 2024                Date report filed: 02/23/2024 02/28/2024
                                                     MM / DD / YYYY

Line of business: Trucking                NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Jaime Gomez, Corp. Representative

Original signature of responsible party: /s/ Jaime Gomez

Printed name of responsible party: Jaime Gomez

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1 | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2 | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3 | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4 | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5 | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6 | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7 | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8 | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9 | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10 | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11 | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12 | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13 | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14 | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15 | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16 | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name G&G Xpress, Inc.   Case number 24-50003

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☐ ☑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**   $ 826.53

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 718,871.85

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   – $ 713,225.55

22. **Net cash flow**   + $ 5,646.30

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.   = $ 6,472.83

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 0.00

    *(Exhibit E)*

Debtor Name G&G Xpress, Inc.                                    Case number 24-50003

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                    $ _____0.00_____

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?                                                         4
27. What is the number of employees as of the date of this monthly report?                                            4

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                  $ _____0.00_____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____0.00_____
30. How much have you paid this month in other professional fees?                                            $ _____0.00_____
31. How much have you paid in total other professional fees since filing the case?                           $ _____0.00_____

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report | | Column B<br>**Actual**<br>Copy lines 20-22 of this report | | Column C<br>**Difference**<br>Subtract Column B from Column A | |
|---|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 0.00 | − | $ 718,871.85 | = | $ 718,871.85 | |
| 33. **Cash disbursements** | $ 0.00 | − | $ 713,225.55 | = | $ 713,225.55 | |
| 34. **Net cash flow** | $ 0.00 | − | $ 5,646.30 | = | $ 5,646.30 | |

35. Total projected cash receipts for the next month                                                         $ 750,000.00
36. Total projected cash disbursements for the next month                                                  − $ 725,000.00
37. Total projected net cash flow for the next month                                                       = $ 250,000.00

Debtor Name G&G Xpress, Inc.                              Case number 24-50003

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers)
- [ ] 39. Bank reconciliation reports for each account
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet
- [ ] 41. Budget, projection, or forecast reports
- [ ] 42. Project, job costing, or work-in-progress reports

Exhibit B

  The Debtor borrowed money from the President of the Company during certain periods of time in January 2024.

  Additionally, the Debtor has had difficulty closing the original account but am attempting to close it and open the DIP account shortly.

# EXHIBIT C

Cash Receipts

| Date | Description | Amount |
|---|---|---:|
| 01/09 | Transfer Deposit from President of Business | 8,500.00 |
| 01/09 | Transfer Deposit from President of Business | 1,000.00 |
| 01/10 | Transfer Deposit from President of Business | 30,000.00 |
| 01/10 | Incoming Wire 1252 ENGLAND CARRIER SERVICES LLC 801 | 24,306.84 |
| 01/10 | Incoming Wire 0729 ENGLAND CARRIER SERVICES LLC 801 | 13,438.00 |
| 01/11 | Transfer Deposit from President of Business | 13,000.00 |
| 01/12 | ACH Deposit ENGLAND CARRIER USBSNGPT 1132195 | 37,003.11 |
| 01/12 | Incoming Wire 1707 ENGLAND CARRIER SERVICES LLC 801 | 9,191.82 |
| 01/12 | Deposit | 8000.00 |
| 01/12 | ACH Deposit ENGLAND CARRIER USBSNGPT 1132051 | 2,869.44 |
| 01/16 | Incoming Wire 1624 ENGLAND CARRIER SERVICES LLC 801 | 47,217.10 |
| 01/16 | Transfer Deposit FROM President of Business | 30,000.00 |
| 01/16 | Incoming Wire 0184 LOGISTICA Y TRANSPOR TES | 6,185.00 |
| 01/17 | LOMEX801 Transfer Deposit FROM President of Business | 10,000.00 |
| 01/18 | ACH Deposit ENGLAND CARRIER USBSNGPT 1134033 | 27,932.07 |
| 01/18 | Incoming Wire 0907 ENGLAND CARRIER SERVICES LLC 801 | 21,399.75 |
| 01/19 | Transfer Deposit from President of Business | 34,000.00 |
| 01/19 | Incoming Wire 1205 ENGLAND CARRIER SERVICES LLC 801 | 25,544.00 |
| 01/19 | Incoming Wire 1825 ENGLAND CARRIER SERVICES LLC 801 | 3,417.22 |
| 01/22 | Incoming Wire 1016 ENGLAND CARRIER SERVICES LLC 801 | 23,226.22 |
| 01/23 | Incoming Wire 0776 ENGLAND CARRIER SERVICES LLC 801 | 45,007.29 |
| 01/24 | Incoming Wire 1026 ENGLAND CARRIER SERVICES LLC 801 | 18,838.31 |
| 01/24 | Transfer Deposit from President of Business | 2,000.00 |
| 01/25 | Incoming Wire 1198 ENGLAND CARRIER SERVICES LLC 801 | 24,472.26 |
| 01/26 | Incoming Wire 1992 ENGLAND CARRIER SERVICES LLC 801 | 19,367.25 |
| 01/26 | Transfer Deposit from President of Business | 3,300.00 |
| 01/26 | Incoming Wire 1990 ENGLAND CARRIER SERVICES LLC 801 | 2,080.05 |
| 01/29 | Incoming Wire 1135 ENGLAND CARRIER SERVICES LLC 801 | 37,703.35 |
| 01/29 | Transfer Deposit from President of Business | 10,000.00 |
| 01/29 | ACH Deposit ENGLAND CARRIER USBSNGPT 1137299 | 9,954.51 |
| 01/29 | ACH Deposit ENGLAND CARRIER USBSNGPT 1137298 | 9,711.83 |
| 01/29 | Deposit | 16000.00 |
| 01/29 | Transfer Deposit from President of Business | 3,000.00 |
| 01/30 | Incoming Wire 1199 ENGLAND CARRIER SERVICES LLC 801 | 22,146.58 |
| 01/31 | Incoming Wire 1194 ENGLAND CARRIER SERVICES LLC 801 | 23,056.85 |
| 01/31 | Deposit | 2,908.63 |

EXHIBIT D

Electronic Payments

| Date | Description | Amount |
|---|---|---|
| 01/09 | ACH Payment CITI CARD ONLINE PAYMENT 431271400761581 | 1,500.00 |
| 01/09 | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400015277 | 16,699.93 |
| 01/10 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 01/10 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 01/10 | Transfer Withdrawal TO GP Express, LLC | 265.00 |
| 01/10 | Transfer Withdrawal TO President of Business | 20,000.00 |
| 01/10 | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400019919 | 11,360.74 |
| 01/10 | ACH Payment STONEMARK INC INS. PMNT. 1080-2121218 | 15,949.43 |
| 01/11 | 203088 Outgoing Wire 0020308890 811 | 4,418.01 |
| 01/11 | Outgoing Wire 0936 VERKOVITCH AND BAUSKILA PPLC E811 | 6,600.00 |
| 01/11 | Wire Fee 0000 VERKOVITCH AND BAUSKILA PPLC E185 | 35.00 |
| 01/11 | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400022308 | 11,296.41 |
| 01/12 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 01/12 | Overdraft Fee For an Item in the Amount of 11,296.41 | 35.00 |
| 01/12 | ATM Withdrawal 2415 S ZAPATA HWY LAREDO TX | 200.00 |
| 01/12 | Automatic Loan Pmt LN PyXXXXXX7706 1 | 2,850.00 |
| 01/12 | ACH Payment CITI CARD ONLINE PAYMENT 421273913428703 | 2,000.00 |
| 01/12 | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400023490 | 7,807.81 |
| 01/16 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 01/16 | Wire Fee 0000 LOGISTICA Y TRANSPOR TES LOMEX185 | 12.50 |
| 01/16 | Check Card Debit TX GOV SERVICEFEE DIR EGOV COM TX | 18.00 |
| 01/16 | Check Card Debit TA 19 ELKTON ELKTON MD | 63.48 |
| 01/16 | Check Card Debit SE40894 LAREDO TX | 75.00 |
| 01/16 | Check Card Debit WEBB VEHREG EGOV COM TX | 506.75 |
| 01/16 | Transfer Withdrawal TO President of Business | 42,000.00 |
| 01/16 | ACH Payment CITI CARD ONLINE PAYMENT 431274814646458 | 1,500.00 |
| 01/16 | ACH Payment CITI CARD ONLINE PAYMENT 431277522489470 | 1,500.00 |
| 01/16 | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400025034 | 9,011.04 |
| 01/16 | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400027456 | 27,369.31 |
| 01/17 | Check Card Debit BUDGET HOST INN 217 9233176 IL | 67.00 |
| 01/17 | ACH Payment ATT Payment 856570003EPAYW | 308.31 |
| 01/17 | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400032018 | 11,957.77 |
| 01/18 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 01/18 | Check Card Debit BUDGET HOST INN 217 9233176 IL | 67.00 |
| 01/18 | Check Card Debit SE40927 LAREDO TX | 75.00 |
| 01/18 | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400034414 | 12,207.03 |
| 01/18 | ACH Payment STONEMARK INC INS. PMNT. 1080-2121218 | 15,949.43 |
| 01/19 | 203088 Outgoing Wire 0020308890 811 | 3,025.00 |
| 01/19 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 01/19 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 01/19 | Transfer Withdrawal TO ACCOUNT XXXXXX2147 | 350.00 |
| 01/19 | ACH Payment TAX_REV_WDT_ECKS TRD PMNT 1521183360 | 10.00 |

| Date | Description | Amount |
|---|---|---|
| 01/19 | ACH Payment TAX_REV_WDT_ECKS TRD PMNT *****2224 | 175.95 |
| 01/19 | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400035424 | 11,548.90 |
| 01/19 | ACH Payment STONEMARK INC INS. PMNT. 1080-2235893 | 28,471.06 |
| 01/22 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 01/22 | Check Card Debit SE40893 LAREDO TX | 88.55 |
| 01/22 | Check Card Debit METRO BY T MOBILE AUTO 888 863 8768 WA | 210.00 |
| 01/22 | Check Card Debit OROZCO S INC 9567243549 TX | 257.50 |
| 01/22 | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400037051 | 10,469.78 |
| 01/23 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 01/23 | Transfer Withdrawal TO GP Express, LLC | 1,800.00 |
| 01/23 | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400039731 | 28,915.63 |
| 01/24 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 01/24 | Check Card Debit AXASEG MIT BANINTL CIUDAD DE MEX | 205.30 |
| 01/24 | Fgn Db/ATM Trans Fee Foreign Debit/ATM Transaction Fee 01/24 655 | 6.16 |
| 01/24 | ACH Payment CITI CARD ONLINE PAYMENT 421284358641504 | 1,500.00 |
| 01/24 | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400044457 | 15,761.24 |
| 01/25 | 203088 Outgoing Wire 0020308890 811 | 3,025.00 |
| 01/25 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 1 | 2.50 |
| 01/25 | ACH Payment TAX_REV_WDT_ECKS TRD PMNT *****5824 | 10.00 |
| 01/25 | ACH Payment TAX_REV_WDT_ECKS TRD PMNT 1395956352 | 10.00 |
| 01/25 | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400046589 | 12,811.03 |
| 01/25 | ACH Payment STONEMARK INC INS. PMNT. 1080-2121218 | 15,949.43 |
| 01/26 | 203088 Outgoing Wire 0020308890 811 | 3,166.67 |
| 01/26 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 01/26 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 01/26 | Check Card Debit AXA SEG MIT MN CIUDAD DE MEX | 205.04 |
| 01/26 | Check Card Debit AXASEG MIT BANINTL CIUDAD DE MEX | 205.30 |
| 01/26 | Check Card Debit AXASEG MIT BANINTL CIUDAD DE MEX | 205.30 |
| 01/26 | Fgn Db/ATM Trans Fee Foreign Debit/ATM Transaction Fee 01/25 655 | 6.15 |
| 01/26 | Fgn Db/ATM Trans Fee Foreign Debit/ATM Transaction Fee 01/25 655 | 6.16 |
| 01/26 | Fgn Db/ATM Trans Fee Foreign Debit/ATM Transaction Fee 01/25 655 | 6.16 |
| 01/26 | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400047662 | 11,600.59 |
| 01/29 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 01/29 | Check Card Debit SE40893 LAREDO TX | 87.35 |
| 01/29 | Check Card Debit CITY OF LAREDO UTILITY 956 7947625 TX | 112.29 |
| 01/29 | ATM Withdrawal 2415 S ZAPATA HWY LAREDO TX | 200.00 |
| 01/29 | Transfer Withdrawal TO GP Express, LLC | 1,300.00 |
| 01/29 | ACH Payment TAX_REV_WDT_ECKS TRD PMNT 1077090944 | 40.00 |
| 01/29 | ACH Payment CITI CARD ONLINE PAYMENT 421286947647590 | 1,500.00 |
| 01/29 | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400049227 | 10,519.48 |
| 01/30 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 01/30 | Check Card Debit P ACEVEDO SNAP ON MCALLEN TX | 100.00 |
| 01/30 | Check Card Debit LA QUINTA MOTOR INNS 505 7615600 NM | 103.02 |
| 01/30 | Transfer Withdrawal TO President of Business | 17,000.00 |
| 01/30 | ACH Payment LOVES TRAVEL STO PAYMENTS 01001140005187 | 32,319.80 |
| 01/31 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |

| Date  | | | |
|---|---|---|---|
| 01/31 | Check Card Debit LA QUINTA MOTOR INNS 505 7615600 NM | 105.11 | |
| 01/31 | Check Card Debit AXASEG MIT BANINTL CIUDAD DE MEX | 205.30 | |
| 01/31 | Check Card Debit AXASEG MIT BANINTL CIUDAD DE MEX | 205.30 | |
| 01/31 | Check Card Debit AXASEG MIT BANINTL CIUDAD DE MEX | 205.30 | |
| 01/31 | Check Card Debit AXASEG MIT BANINTL CIUDAD DE MEX | 205.30 | |
| 01/31 | Check Card Debit AXASEG MIT BANINTL CIUDAD DE MEX | 205.30 | |
| 01/31 | Check Card Debit AXASEG MIT BANINTL CIUDAD DE MEX | 205.30 | |
| 01/31 | Check Card Debit IN BLACK LABEL REPAIR 256 7558999 AL | 535.00 | |
| 01/31 | Fgn Db/ATM Trans Fee Foreign Debit/ATM Transaction Fee 01/31 655 | 6.16 | |
| 01/31 | Fgn Db/ATM Trans Fee Foreign Debit/ATM Transaction Fee 01/31 655 | 6.16 | |
| 01/31 | Fgn Db/ATM Trans Fee Foreign Debit/ATM Transaction Fee 01/31 655 | 6.16 | |
| 01/31 | Fgn Db/ATM Trans Fee Foreign Debit/ATM Transaction Fee 01/31 655 | 6.16 | |
| 01/31 | Fgn Db/ATM Trans Fee Foreign Debit/ATM Transaction Fee 01/31 655 | 6.16 | |
| 01/31 | Fgn Db/ATM Trans Fee Foreign Debit/ATM Transaction Fee 01/31 655 | 6.16 | |
| 01/31 | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400056684 | 11,256.63 | |
| 01/31 | Service Charge | 20.50 | |

CHECK

| Date | Check# | Amount | Payee |
|---|---|---|---|
| 9-Jan | 14524* | 1,131.27 | Francisco Hugo |
| 9-Jan | 14562 | 300 | Nora Garza |
| 9-Jan | 14575* | 2,419.52 | Border Tire |
| 9-Jan | 14580 | 1,742.88 | Francisco Hugo |
| 10-Jan | 14479 | 2,900.09 | T Mobile |
| 1/11/24 | | $2,200.00 | |
| 11-Jan | 14550 | 212.5 | Webb County |
| 11-Jan | 14581 | 434.15 | Kenny Salas |
| 11-Jan | 14582 | 1,723.64 | Francisco Retz |
| 11-Jan | 14584 | 2,744.18 | Border Tire |
| 11-Jan | 14588 | 1,098.65 | Sergio Zubia |
| 11-Jan | 14591 | 807.41 | Erick Sahatiel |
| 12-Jan | 14478* | 677 | FB Rodriguez |
| 12-Jan | 14553 | 822.7 | South Texas Truck Center |
| 12-Jan | 14557 | 497.95 | South Texas Truck Center |
| 12-Jan | 14577 | 162.02 | South Texas Truck Center |
| 12-Jan | 14585 | 270 | Jose A. Carranza |
| 12-Jan | 14590 | 611.12 | Luis A. Gutierrez |
| 12-Jan | 14593 | 1,551.40 | Francisco Valadez |
| 12-Jan | 14597 | 888.87 | Raul Chavez |

| Date | Check # | Amount | Payee |
|---|---|---:|---|
| 1/16/24 | | $600.00 | Part |
| 1/16/24 | | $7,761.19 | Service |
| 16-Jan | 14504* | 819.59 | Jose Gutierrez |
| 16-Jan | 14554 | 1,410.64 | Jose Gutierrez |
| 16-Jan | 14558 | 300 | Sergio Suarez |
| 16-Jan | 14563 | 500 | Julissa Gomez |
| 16-Jan | 14583 | 1,154.89 | Miguel Garcia |
| 16-Jan | 14589 | 2,493.00 | Jaime Gomez |
| 16-Jan | 14595 | 672.78 | Roberto Martinez |
| 16-Jan | 14596 | 610.92 | Luis Zuniga |
| 16-Jan | 14599 | 659.99 | Evelyn Moreno |
| 16-Jan | 14600 | 900 | Luis Enrique Moreno |
| 16-Jan | 14601 | 300 | Guadalupe Gutierrez |
| 16-Jan | 14603 | 500 | Julissa Gomez |
| 16-Jan | 14605 | 960 | Marco A. Manrique |
| 16-Jan | 14606 | 714 | Beatriz Manrique |
| 16-Jan | 14607 | 700 | Joshua Perez |
| 16-Jan | 14608 | 700 | Oswaldo Gomez |
| 16-Jan | 14609 | 587.92 | Carlos Puga |
| 16-Jan | 14610 | 500 | Beatriz Manrique |
| 16-Jan | 14611 | 1,176.00 | Jorge Rocha |
| 16-Jan | 14613 | 300 | G&GExpress (PNC Bank) |
| 16-Jan | 14614 | 1,264.37 | Tereso Munguia |
| 16-Jan | 14615 | 550 | Gustavo Palacios |
| 16-Jan | 14616 | 800 | Victoriano Ontiveros |
| 16-Jan | 14619 | 890.06 | Luis Enrique Moreno |
| 16-Jan | 14620 | 1,117.60 | Erick Villalobos |
| 16-Jan | 14622* | 836.6 | Francisco Hugo |
| 16-Jan | 14623 | 2,379.40 | Ruben Lopez |
| 16-Jan | 14624 | 1,229.49 | Jose Morales |
| 17-Jan | 14598 | 772.18 | Fernando De La Cruz |
| 17-Jan | 14602 | 300 | Nora Garza |
| 17-Jan | 14626 | 779.43 | Abelardo Martinez |
| 18-Jan | 14556 | 528.08 | Cintas (parts) |
| 18-Jan | 14604 | 640.57 | Claritza Gomez |

| Date | Check # | Amount | Payee |
|---|---|---|---|
| 18-Jan | 14629 | 708.9 | Lucio Ramon |
| 19-Jan | 14586 | 2,581.91 | South Texas Truck Center |
| 19-Jan | 14587 | 1,897.00 | South Texas Truck Center |
| 19-Jan | 14592 | 227.29 | South Texas Truck Center |
| 19-Jan | 14594 | 1,000.00 | South Texas Truck Center |
| 19-Jan | 14627 | 1,075.90 | South Texas Truck Center |
| 19-Jan | 14631 | 1,513.93 | Martin Flores |
| 19-Jan | 14632 | 1,648.07 | Enrique Ruiz |
| 1/22/24 | | $700.00 | Joshua Perez |
| 1/22/24 | | $9,495.55 | Service |
| 1/22/24 | | $500.00 | |
| 22-Jan | 14571 | 7,657.23 | Licona Insurance |
| 22-Jan | 14618 | 400 | Evelyn Moreno |
| 22-Jan | 14637 | 2,460.00 | Cesar Barraga |
| 22-Jan | 14638 | 640.57 | Claritza Gomez |
| 22-Jan | 14641 | 1,014.08 | Fernando Maya |
| 22-Jan | 14643 | 659.99 | Evelyn Moreno |
| 22-Jan | 14644 | 900 | Luis Enrique Moreno |
| 22-Jan | 14645 | 300 | Guadalupe Gutierrez |
| 22-Jan | 14647 | 930.53 | Beatriz Manrique |
| 22-Jan | 14648 | 960 | Marco A. Manrique |
| 22-Jan | 14649 | 587.92 | Carlos Puga |
| 22-Jan | 14651* | 700 | Oswaldo Gomez |
| 22-Jan | 14652 | 660 | Gustavo Palacios |
| 22-Jan | 14653 | 500 | Beatriz Manrique |
| 22-Jan | 14654 | 711.73 | Luis Zuniga |
| 22-Jan | 14655 | 1,072.72 | Jorge Rocha |
| 22-Jan | 14656 | 1,073.61 | Jorge Rocha |
| 22-Jan | 14657 | 1,243.70 | Sahatiel Sanchez |
| 22-Jan | 14658 | 1,624.96 | Arturo Delagado |
| 22-Jan | 14660 | 884.39 | Luis A. Gutierrez |
| 22-Jan | 14661 | 797.19 | Jaime Chairez |
| 22-Jan | 14662 | 1,059.37 | Victor Avalos |
| 23-Jan | 14612 | 500 | Francisco Rodriguez |
| 23-Jan | 14640* | 300 | Nora Garza |

| Date | Check # | Amount | Payee |
|---|---|---|---|
| 23-Jan | 14642 | 991.75 | Kenny Salas |
| 23-Jan | 14666 | 889.37 | Raul Chavez |
| 24-Jan | 14671 | 608.23 | Jose Huerta |
| 24-Jan | 14672 | 509.46 | Sergio Zubia |
| 25-Jan | 14670* | 2,419.52 | Border Tire |
| 25-Jan | 14673 | 838.75 | Nora Garza |
| 25-Jan | 14674 | 1,710.35 | Border Tire |
| 25-Jan | 14675 | 757.01 | Jose Luis Tirado |
| 25-Jan | 14676 | 1,363.72 | Francisco Valadez |
| 26-Jan | 14630 | 589.31 | Cintas (parts) |
| 26-Jan | 14633 | 1,082.50 | South Texas Truck Center |
| 26-Jan | 14635* | 3,801.49 | South Texas Truck Center |
| 26-Jan | 14636 | 1,305.42 | South Texas Truck Center |
| 26-Jan | 14659 | 295.22 | Erick Sahatiel |
| 26-Jan | 14663 | 253.65 | South Texas Truck Center |
| 26-Jan | 14665 | 1,786.13 | South Texas Truck Center |
| 26-Jan | 14677 | 966.88 | Ramiro Zuniga |
| 26-Jan | 14680* | 1,109.53 | Tereso Munguia |
| 26-Jan | 14682 | 922.7 | Eleazar Reynoso |
| 1/29/24 |  | $7,761.19 | Service |
| 29-Jan | 14521* | 422.22 | Miguel Garcia |
| 29-Jan | 14572 | 7,657.23 | Licona Insurance |
| 29-Jan | 14646 | 478 | Texas Child Support |
| 29-Jan | 14667 | 873.14 | Oswaldo Gomez |
| 29-Jan | 14683 | 854.92 | Luis Moreno |
| 29-Jan | 14684 | 866.91 | Francisco Hugo |
| 29-Jan | 14685 | 754.26 | Jean Paul |
| 29-Jan | 14686 | 831.6 | Miguel Garcia |
| 29-Jan | 14687 | 600 | Jimenez Diesel Repair |
| 29-Jan | 14690* | 991.38 | Lucio Leija |
| 29-Jan | 14691 | 500 | Ramiro Hernandez |
| 29-Jan | 14692 | 748.83 | Enrique Ruiz |
| 1/30/24 | 13559 | $2,958.04 | Castillo Reyes & Del Rio |
| 30-Jan | 14664 | 575 | Alicia De Luna |
| 30-Jan | 14668 | 1,671.08 | Francisco Rodriguez |

| Date | Check # | Amount | Name |
|---|---|---|---|
| 30-Jan | 14693 | 618.07 | Jorge Rocha |
| 30-Jan | 14694 | 1,719.37 | Jorge Rocha |
| 30-Jan | 14695 | 473.63 | Steve Huezta |
| 30-Jan | 14696 | 981.47 | Erick Barut |
| 30-Jan | 14697 | 1,554.68 | Jaime Chairez |
| 30-Jan | 14698 | 1,033.17 | Abelardo Martinez |
| 30-Jan | 14699 | 1,684.50 | Arturo Delagado |
| 30-Jan | 14703* | 1,217.85 | Fernando De La Cruz |
| 30-Jan | 14704 | 500 | Sergio Dalma |
| 30-Jan | 14707 | 584.03 | Francisco Hugo |
| 1/31/24 |  | $1,501.50 |  |
| 31-Jan | 14617 | 120 | Sergio Suarez |
| 31-Jan | 14625 | 60 | Sergio Suarez |
| 31-Jan | 14628 | 1,753.84 | Jose Ortiz |
| 31-Jan | 14681 | 600 | Sergio Suarez |
| 31-Jan | 14705 | 120 | Sergio Suarez |
| 31-Jan | 14706 | 1,629.02 | Jose Ortiz |



# IBC BANK.
## We Do More

P.O. Box 659507
San Antonio, Texas 78265-9507

00000077 TI307S02012404254100 15 000000000 0000000 029

G & G XPRESS INC
729 RANCHO PENITAS RD
LAREDO TX 78045

| Customer Number | 5679 |
| Statement Date | 01/31/2024 |
| Statement Period | 01/01/2024 - 01/31/2024 |
| Enclosure Items | 187 |
| Page Number | 1 of 29 |

### Contact Information

Address:
IBC Laredo
1200 SAN BERNARDO
LAREDO TX 78040

| Your Officer: | Armando M Gonzalez |
| Bank Phone: | 1- (956) 722-7611 |
| IBC Voice: | 1- (956) 723-2929 |
| Visit us Online: | www.IBC.com |
| Mobile Banking: | Download app or visit at: www.myIBC.com |

Please examine and report any discrepancies within 14 days from your statement date.

| Biz Rite | | | Account Recap | | Account Number: 2115575679 | |
|---|---|---|---|---|---|---|
| Beginning Balance | Number of Credits | Deposits & Credits | Number of Debits | Withdrawals & Debits | Closing Balance | |
| 9,389.77 | 42 | 718,871.85 | 314 | 713,225.55 | 15,036.07 | |

| Monthly Service Charge Summary | |
|---|---|
| Total Items | 20.50 |
| Total Service Charge Posted | 20.50 |

| Balance Summary | |
|---|---|
| Average Collected Balance | 15,461.22 |

### Deposits (Credits)

| Date | Deposit # | Amount | Date | Deposit # | Amount | Date | Deposit # | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/12 | | 8,000.00 | 01/29 | | 16,000.00 | 01/31 | | 2,908.63 |

### Checks (Debits)

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/08 | | 615.00 | 01/12 | 14478* | 677.00 | 01/03 | 14538* | 300.00 |
| 01/08 | | 2,300.00 | 01/10 | 14479 | 2,900.09 | 01/02 | 14539 | 659.99 |
| 01/08 | | 7,761.19 | 01/16 | 14504* | 819.59 | 01/02 | 14540 | 750.00 |
| 01/11 | | 2,200.00 | 01/02 | 14505 | 288.91 | 01/02 | 14542* | 700.00 |
| 01/16 | | 600.00 | 01/02 | 14509* | 500.00 | 01/02 | 14544* | 745.74 |
| 01/16 | | 7,761.19 | 01/02 | 14516* | 1,500.00 | 01/08 | 14545 | 800.00 |
| 01/22 | | 700.00 | 01/29 | 14521* | 422.22 | 01/03 | 14546 | 1,094.19 |
| 01/22 | | 9,495.55 | 01/09 | 14524* | 1,131.27 | 01/05 | 14547 | 216.50 |
| 01/22 | | 500.00 | 01/02 | 14525 | 537.95 | 01/08 | 14548 | 300.00 |
| 01/29 | | 7,761.19 | 01/05 | 14529* | 731.64 | 01/04 | 14549 | 1,100.00 |
| 01/31 | | 1,501.50 | 01/02 | 14530 | 1,500.00 | 01/11 | 14550 | 212.50 |
| 01/03 | 1443 | 700.00 | 01/05 | 14532* | 326.83 | 01/08 | 14551 | 300.00 |
| 01/30 | 13559* | 2,958.04 | 01/02 | 14534* | 1,199.49 | 01/08 | 14552 | 1,400.00 |
| 01/04 | 14237* | 300.00 | 01/02 | 14535 | 500.00 | 01/12 | 14553 | 822.70 |
| 01/08 | 14415* | 180.00 | 01/03 | 14536 | 640.57 | 01/16 | 14554 | 1,410.64 |

* Indicates a skip in check number sequence





**IBC BANK**
**We Do More**

Statement Date: 01/31/24
Statement Period: 01/01/24 - 01/31/24
Page Number: 2 of 29



## Checks (Debits)

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/05 | 14555 | 1,191.80 | 01/18 | 14604 | 640.57 | 01/22 | 14654 | 711.73 |
| 01/18 | 14556 | 528.08 | 01/16 | 14605 | 960.00 | 01/22 | 14655 | 1,072.72 |
| 01/12 | 14557 | 497.95 | 01/16 | 14606 | 714.00 | 01/22 | 14656 | 1,073.61 |
| 01/16 | 14558 | 300.00 | 01/16 | 14607 | 700.00 | 01/22 | 14657 | 1,243.70 |
| 01/08 | 14559 | 659.99 | 01/16 | 14608 | 700.00 | 01/22 | 14658 | 1,624.96 |
| 01/08 | 14560 | 750.00 | 01/16 | 14609 | 587.92 | 01/26 | 14659 | 295.22 |
| 01/08 | 14561 | 300.00 | 01/16 | 14610 | 500.00 | 01/22 | 14660 | 884.39 |
| 01/09 | 14562 | 300.00 | 01/16 | 14611 | 1,176.00 | 01/22 | 14661 | 797.19 |
| 01/16 | 14563 | 500.00 | 01/23 | 14612 | 500.00 | 01/22 | 14662 | 1,059.37 |
| 01/08 | 14564 | 640.57 | 01/16 | 14613 | 300.00 | 01/26 | 14663 | 253.65 |
| 01/08 | 14565 | 883.55 | 01/16 | 14614 | 1,264.37 | 01/30 | 14664 | 575.00 |
| 01/08 | 14566 | 700.00 | 01/16 | 14615 | 550.00 | 01/26 | 14665 | 1,786.13 |
| 01/08 | 14567 | 587.92 | 01/16 | 14616 | 800.00 | 01/23 | 14666 | 889.37 |
| 01/08 | 14568 | 700.00 | 01/31 | 14617 | 120.00 | 01/29 | 14667 | 873.14 |
| 01/08 | 14569 | 668.00 | 01/22 | 14618 | 400.00 | 01/30 | 14668 | 1,671.08 |
| 01/08 | 14570 | 1,508.14 | 01/16 | 14619 | 890.06 | 01/25 | 14670* | 2,419.52 |
| 01/22 | 14571 | 7,657.23 | 01/16 | 14620 | 1,117.60 | 01/24 | 14671 | 608.23 |
| 01/29 | 14572 | 7,657.23 | 01/16 | 14622* | 836.60 | 01/24 | 14672 | 509.46 |
| 01/09 | 14575* | 2,419.52 | 01/16 | 14623 | 2,379.40 | 01/25 | 14673 | 838.75 |
| 01/08 | 14576 | 568.35 | 01/16 | 14624 | 1,229.49 | 01/25 | 14674 | 1,710.35 |
| 01/12 | 14577 | 162.02 | 01/31 | 14625 | 60.00 | 01/25 | 14675 | 757.01 |
| 01/08 | 14578 | 500.00 | 01/17 | 14626 | 779.43 | 01/25 | 14676 | 1,363.72 |
| 01/08 | 14579 | 607.88 | 01/19 | 14627 | 1,075.90 | 01/26 | 14677 | 966.88 |
| 01/09 | 14580 | 1,742.88 | 01/31 | 14628 | 1,753.84 | 01/26 | 14680* | 1,109.53 |
| 01/11 | 14581 | 434.15 | 01/18 | 14629 | 708.90 | 01/31 | 14681 | 600.00 |
| 01/11 | 14582 | 1,723.64 | 01/26 | 14630 | 589.31 | 01/26 | 14682 | 922.70 |
| 01/16 | 14583 | 1,154.89 | 01/19 | 14631 | 1,513.93 | 01/29 | 14683 | 854.92 |
| 01/11 | 14584 | 2,744.18 | 01/19 | 14632 | 1,648.07 | 01/29 | 14684 | 866.91 |
| 01/12 | 14585 | 270.00 | 01/26 | 14633 | 1,082.50 | 01/29 | 14685 | 754.26 |
| 01/19 | 14586 | 2,581.91 | 01/26 | 14635* | 3,801.49 | 01/29 | 14686 | 831.60 |
| 01/19 | 14587 | 1,897.00 | 01/26 | 14636 | 1,305.42 | 01/29 | 14687 | 600.00 |
| 01/11 | 14588 | 1,098.65 | 01/22 | 14637 | 2,460.00 | 01/29 | 14690* | 991.38 |
| 01/16 | 14589 | 2,493.00 | 01/22 | 14638 | 640.57 | 01/29 | 14691 | 500.00 |
| 01/12 | 14590 | 611.12 | 01/23 | 14640* | 300.00 | 01/29 | 14692 | 748.83 |
| 01/11 | 14591 | 807.41 | 01/22 | 14641 | 1,014.08 | 01/30 | 14693 | 618.07 |
| 01/19 | 14592 | 227.29 | 01/23 | 14642 | 991.75 | 01/30 | 14694 | 1,719.37 |
| 01/12 | 14593 | 1,551.40 | 01/22 | 14643 | 659.99 | 01/30 | 14695 | 473.63 |
| 01/19 | 14594 | 1,000.00 | 01/22 | 14644 | 900.00 | 01/30 | 14696 | 981.47 |
| 01/16 | 14595 | 672.78 | 01/22 | 14645 | 300.00 | 01/30 | 14697 | 1,554.68 |
| 01/16 | 14596 | 610.92 | 01/29 | 14646 | 478.00 | 01/30 | 14698 | 1,033.17 |
| 01/12 | 14597 | 888.87 | 01/22 | 14647 | 930.53 | 01/30 | 14699 | 1,684.50 |
| 01/17 | 14598 | 772.18 | 01/22 | 14648 | 960.00 | 01/30 | 14703* | 1,217.85 |
| 01/16 | 14599 | 659.99 | 01/22 | 14649 | 587.92 | 01/30 | 14704 | 500.00 |
| 01/16 | 14600 | 900.00 | 01/22 | 14651* | 700.00 | 01/31 | 14705 | 120.00 |
| 01/16 | 14601 | 300.00 | 01/22 | 14652 | 660.00 | 01/31 | 14706 | 1,629.02 |
| 01/17 | 14602 | 300.00 | 01/22 | 14653 | 500.00 | 01/30 | 14707 | 584.03 |
| 01/16 | 14603 | 500.00 | | | | | | |

\* Indicates a skip in check number sequence

## Electronic Activity

### Credits

| Date | Description | | Amount |
|---|---|---|---|
| 01/02 | Transfer Deposit FROM ACCOUNT XXXXXX1686 | | 8,000.00 |
| 01/03 | Incoming Wire 0600 | ENGLAND CARRIER SERVICES LLC 801 | 16,090.66 |
| 01/03 | Transfer Deposit FROM ACCOUNT XXXXXX1686 | | 7,700.00 |
| 01/05 | Incoming Wire 1377 | ENGLAND CARRIER SERVICES LLC 801 | 18,864.06 |
| 01/08 | Incoming Wire 0852 | ENGLAND CARRIER SERVICES LLC 801 | 34,439.65 |



**IBC BANK**
**We Do More**

Customer Number: 
Statement Date: 01/31/24
Statement Period: 01/01/24 - 01/31/24
Page Number: 3 of 29



## Electronic Activity
### Credits

| Date | Description | Amount |
|---|---|---|
| 01/08 | Transfer Deposit FROM ACCOUNT XXXXXX1686 | 8,000.00 |
| 01/09 | Transfer Deposit FROM ACCOUNT XXXXXX1686 | 8,500.00 |
| 01/09 | Transfer Deposit FROM ACCOUNT XXXXXX1686 | 1,000.00 |
| 01/10 | Transfer Deposit FROM ACCOUNT XXXXXX1686 | 30,000.00 |
| 01/10 | Incoming Wire 1252    ENGLAND CARRIER SERVICES  LLC 801 | 24,306.84 |
| 01/10 | Incoming Wire 0729    ENGLAND CARRIER SERVICES  LLC 801 | 13,438.00 |
| 01/11 | Transfer Deposit FROM ACCOUNT XXXXXX1686 | 13,000.00 |
| 01/12 | ACH Deposit ENGLAND CARRIER  USBSNGPT 1132195 | 37,003.11 |
| 01/12 | Incoming Wire 1707    ENGLAND CARRIER SERVICES  LLC 801 | 9,191.82 |
| 01/12 | ACH Deposit ENGLAND CARRIER  USBSNGPT 1132051 | 2,869.44 |
| 01/16 | Incoming Wire 1624    ENGLAND CARRIER SERVICES  LLC 801 | 47,217.10 |
| 01/16 | Transfer Deposit FROM ACCOUNT XXXXXX1686 | 30,000.00 |
| 01/16 | Incoming Wire 0184    LOGISTICA Y TRANSPOR TES LOMEX801 | 6,185.00 |
| 01/17 | Transfer Deposit FROM ACCOUNT XXXXXX1686 | 10,000.00 |
| 01/18 | ACH Deposit ENGLAND CARRIER  USBSNGPT 1134033 | 27,932.07 |
| 01/18 | Incoming Wire 0907    ENGLAND CARRIER SERVICES  LLC 801 | 21,399.75 |
| 01/19 | Transfer Deposit FROM ACCOUNT XXXXXX1686 | 34,000.00 |
| 01/19 | Incoming Wire 1205    ENGLAND CARRIER SERVICES  LLC 801 | 25,544.00 |
| 01/19 | Incoming Wire 1825    ENGLAND CARRIER SERVICES  LLC 801 | 3,417.22 |
| 01/22 | Incoming Wire 1016    ENGLAND CARRIER SERVICES  LLC 801 | 23,226.22 |
| 01/23 | Incoming Wire 0776    ENGLAND CARRIER SERVICES  LLC 801 | 45,007.29 |
| 01/24 | Incoming Wire 1026    ENGLAND CARRIER SERVICES  LLC 801 | 18,838.31 |
| 01/24 | Transfer Deposit FROM ACCOUNT XXXXXX1686 | 2,000.00 |
| 01/25 | Incoming Wire 1198    ENGLAND CARRIER SERVICES  LLC 801 | 24,472.26 |
| 01/26 | Incoming Wire 1992    ENGLAND CARRIER SERVICES  LLC 801 | 19,367.25 |
| 01/26 | Transfer Deposit FROM ACCOUNT XXXXXX1686 | 3,300.00 |
| 01/26 | Incoming Wire 1990    ENGLAND CARRIER SERVICES  LLC 801 | 2,080.05 |
| 01/29 | Incoming Wire 1135    ENGLAND CARRIER SERVICES  LLC 801 | 37,703.35 |
| 01/29 | Transfer Deposit FROM ACCOUNT XXXXXX1686 | 10,000.00 |
| 01/29 | ACH Deposit ENGLAND CARRIER  USBSNGPT 1137299 | 9,954.51 |
| 01/29 | ACH Deposit ENGLAND CARRIER  USBSNGPT 1137298 | 9,711.83 |
| 01/29 | Transfer Deposit FROM ACCOUNT XXXXXX1686 | 3,000.00 |
| 01/30 | Incoming Wire 1199    ENGLAND CARRIER SERVICES  LLC 801 | 22,146.58 |
| 01/31 | Incoming Wire 1194    ENGLAND CARRIER SERVICES  LLC 801 | 23,056.85 |

### Debits

| Date | Description | Amount |
|---|---|---|
| 01/02 | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400001961 | 6,754.99 |
| 01/03 | Wire Fee 0000    ENGLAND CARRIER SERVICES  LLC 185 | 12.50 |
| 01/03 | Automatic Loan Pmt LN PyXXXXXX6920   1 | 1,400.00 |
| 01/03 | ACH Payment TAX_REV_WDT_ECKS TRD PMNT *****7792 | 10.00 |
| 01/03 | ACH Payment MSTS PAYMENTS, L D3EE36F962 SN1EUT6M0LMH | 85.87 |
| 01/03 | ACH Payment LCC      WEB PAY 68669 | 393.60 |
| 01/03 | ACH Payment LCC      WEB PAY 72646 | 401.02 |
| 01/03 | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400007729 | 1,299.00 |
| 01/03 | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400005604 | 2,976.93 |
| 01/04 | Check Card Debit SE40927 LAREDO TX | 74.00 |
| 01/04 | ACH Payment CITI CARD ONLINE PAYMENT 421267065317796 | 1,500.00 |
| 01/04 | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400010077 | 3,416.97 |
| 01/05 | Check Card Debit TX GOV SERVICEFEE DIR EGOV COM TX | 4.00 |
| 01/05 | Check Card Debit TX GOV SERVICEFEE DIR EGOV COM TX | 10.00 |
| 01/05 | Wire Fee 0000    ENGLAND CARRIER SERVICES  LLC 185 | 12.50 |
| 01/05 | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400011410 | 5,769.87 |
| 01/08 | Check Card Debit TX GOV SERVICEFEE DIR EGOV COM TX | 6.00 |
| 01/08 | Wire Fee 0000    ENGLAND CARRIER SERVICES  LLC 185 | 12.50 |
| 01/08 | Check Card Debit WEBB VEHREG EGOV COM TX | 95.50 |
| 01/08 | Check Card Debit WEBB VEHREG EGOV COM TX | 176.25 |
| 01/08 | Check Card Debit WEBB VEHREG EGOV COM TX | 293.75 |
| 01/08 | ATM Withdrawal 2415 S ZAPATA HWY LAREDO TX | 420.00 |
| 01/08 | Transfer Withdrawal TO ACCOUNT XXXXXX1686 | 20,000.00 |
| 01/08 | ACH Payment ALL WAYS TRACK 9562864973 M120208794285 | 1,340.00 |
| 01/08 | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400012904 | 2,684.56 |
| 01/09 | ACH Payment CITI CARD ONLINE PAYMENT 431271400761581 | 1,500.00 |



**IBC BANK**
**We Do More**

Statement Date: 01/31/24
Statement Period: 01/01/24 - 01/31/24
Page Number: 4 of 29



## Electronic Activity
### Debits

| Date | | Description | Amount |
|---|---|---|---|
| 01/09 | | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400015277 | 16,699.93 |
| 01/10 | | Wire Fee 0000     ENGLAND CARRIER SERVICES  LLC 185 | 12.50 |
| 01/10 | | Wire Fee 0000     ENGLAND CARRIER SERVICES  LLC 185 | 12.50 |
| 01/10 | | Transfer Withdrawal TO ACCOUNT XXXXXX2145 | 265.00 |
| 01/10 | | Transfer Withdrawal TO ACCOUNT XXXXXX1686 | 20,000.00 |
| 01/10 | | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400019919 | 11,360.74 |
| 01/10 | | ACH Payment STONEMARK INC INS. PMNT. 1080-2121218 | 15,949.43 |
| 01/11 | 203088 | Outgoing Wire 0020308890           811 | 4,418.01 |
| 01/11 | | Outgoing Wire 0936    VERKOVITCH AND BAUSKILA PPLC E811 | 6,600.00 |
| 01/11 | | Wire Fee 0000    VERKOVITCH AND BAUSKILA PPLC E185 | 35.00 |
| 01/11 | | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400022308 | 11,296.41 |
| 01/12 | | Wire Fee 0000     ENGLAND CARRIER SERVICES  LLC 185 | 12.50 |
| 01/12 | | Overdraft Fee For an Item in the Amount of 11,296.41 | 35.00 |
| 01/12 | | ATM Withdrawal 2415 S ZAPATA HWY LAREDO TX | 200.00 |
| 01/12 | | Automatic Loan Pmt LN PyXXXXXX7706   1 | 2,850.00 |
| 01/12 | | ACH Payment CITI CARD ONLINE PAYMENT 421273913428703 | 2,000.00 |
| 01/12 | | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400023490 | 7,807.81 |
| 01/16 | | Wire Fee 0000     ENGLAND CARRIER SERVICES  LLC 185 | 12.50 |
| 01/16 | | Wire Fee 0000     LOGISTICA Y TRANSPOR TES LOMEX185 | 12.50 |
| 01/16 | | Check Card Debit TX GOV SERVICEFEE DIR EGOV COM TX | 18.00 |
| 01/16 | | Check Card Debit TA  19 ELKTON ELKTON MD | 63.48 |
| 01/16 | | Check Card Debit SE40894 LAREDO TX | 75.00 |
| 01/16 | | Check Card Debit WEBB VEHREG EGOV COM TX | 506.75 |
| 01/16 | | Transfer Withdrawal TO ACCOUNT XXXXXX1686 | 42,000.00 |
| 01/16 | | ACH Payment CITI CARD ONLINE PAYMENT 431274814646458 | 1,500.00 |
| 01/16 | | ACH Payment CITI CARD ONLINE PAYMENT 431277522489470 | 1,500.00 |
| 01/16 | | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400025034 | 9,011.04 |
| 01/16 | | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400027456 | 27,369.31 |
| 01/17 | | Check Card Debit BUDGET HOST INN 217 9233176 IL | 67.00 |
| 01/17 | | ACH Payment ATT Payment 856570003EPAYW | 308.31 |
| 01/17 | | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400032018 | 11,957.77 |
| 01/18 | | Wire Fee 0000     ENGLAND CARRIER SERVICES  LLC 185 | 12.50 |
| 01/18 | | Check Card Debit BUDGET HOST INN 217 9233176 IL | 67.00 |
| 01/18 | | Check Card Debit SE40927 LAREDO TX | 75.00 |
| 01/18 | | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400034414 | 12,207.03 |
| 01/18 | | ACH Payment STONEMARK INC INS. PMNT. 1080-2121218 | 15,949.43 |
| 01/19 | 203088 | Outgoing Wire 0020308890           811 | 3,025.00 |
| 01/19 | | Wire Fee 0000     ENGLAND CARRIER SERVICES  LLC 185 | 12.50 |
| 01/19 | | Wire Fee 0000     ENGLAND CARRIER SERVICES  LLC 185 | 12.50 |
| 01/19 | | Transfer Withdrawal TO ACCOUNT XXXXXX2147 | 350.00 |
| 01/19 | | ACH Payment TAX_REV_WDT_ECKS TRD PMNT 1521183360 | 10.00 |
| 01/19 | | ACH Payment TAX_REV_WDT_ECKS TRD PMNT *****2224 | 175.95 |
| 01/19 | | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400035424 | 11,548.90 |
| 01/19 | | ACH Payment STONEMARK INC INS. PMNT. 1080-2235893 | 28,471.06 |
| 01/22 | | Wire Fee 0000     ENGLAND CARRIER SERVICES  LLC 185 | 12.50 |
| 01/22 | | Check Card Debit SE40893 LAREDO TX | 88.55 |
| 01/22 | | Check Card Debit METRO BY T MOBILE AUTO 888 863 8768 WA | 210.00 |
| 01/22 | | Check Card Debit OROZCO S INC 9567243549 TX | 257.50 |
| 01/22 | | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400037051 | 10,469.78 |
| 01/23 | | Wire Fee 0000     ENGLAND CARRIER SERVICES  LLC 185 | 12.50 |
| 01/23 | | Transfer Withdrawal TO ACCOUNT XXXXXX2145 | 1,800.00 |
| 01/23 | | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400039731 | 28,915.63 |
| 01/24 | | Wire Fee 0000     ENGLAND CARRIER SERVICES  LLC 185 | 12.50 |
| 01/24 | | Check Card Debit AXASEG MIT BANINTL CIUDAD DE MEX | 205.30 |
| 01/24 | | Fgn Db/ATM Trans Fee Foreign Debit/ATM Transaction Fee 01/24 655 | 6.16 |
| 01/24 | | ACH Payment CITI CARD ONLINE PAYMENT 421284358641504 | 1,500.00 |
| 01/24 | | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400044457 | 15,761.24 |
| 01/25 | 203088 | Outgoing Wire 0020308890           811 | 3,025.00 |
| 01/25 | | Wire Fee 0000     ENGLAND CARRIER SERVICES  LLC 185 | 12.50 |
| 01/25 | | ACH Payment TAX_REV_WDT_ECKS TRD PMNT *****5824 | 10.00 |
| 01/25 | | ACH Payment TAX_REV_WDT_ECKS TRD PMNT 1395956352 | 10.00 |
| 01/25 | | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400046589 | 12,811.03 |
| 01/25 | | ACH Payment STONEMARK INC INS. PMNT. 1080-2121218 | 15,949.43 |



Statement Date: 01/31/24
Statement Period: 01/01/24 - 01/31/24
Page Number: 5 of 29



## Electronic Activity
### Debits

| Date | | Description | Amount |
|---|---|---|---|
| 01/26 | 203088 | Outgoing Wire 0020308890         811 | 3,166.67 |
| 01/26 | | Wire Fee 0000    ENGLAND CARRIER SERVICES  LLC 185 | 12.50 |
| 01/26 | | Wire Fee 0000    ENGLAND CARRIER SERVICES  LLC 185 | 12.50 |
| 01/26 | | Check Card Debit AXA SEG MIT MN CIUDAD DE MEX | 205.04 |
| 01/26 | | Check Card Debit AXASEG MIT BANINTL CIUDAD DE MEX | 205.30 |
| 01/26 | | Check Card Debit AXASEG MIT BANINTL CIUDAD DE MEX | 205.30 |
| 01/26 | | Fgn Db/ATM Trans Fee Foreign Debit/ATM Transaction Fee  01/25 655 | 6.15 |
| 01/26 | | Fgn Db/ATM Trans Fee Foreign Debit/ATM Transaction Fee  01/25 655 | 6.16 |
| 01/26 | | Fgn Db/ATM Trans Fee Foreign Debit/ATM Transaction Fee  01/25 655 | 6.16 |
| 01/26 | | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400047662 | 11,600.59 |
| 01/29 | | Wire Fee 0000    ENGLAND CARRIER SERVICES  LLC 185 | 12.50 |
| 01/29 | | Check Card Debit SE40893 LAREDO TX | 87.35 |
| 01/29 | | Check Card Debit CITY OF LAREDO UTILITY 956 7947625 TX | 112.29 |
| 01/29 | | ATM Withdrawal 2415 S ZAPATA HWY LAREDO TX | 200.00 |
| 01/29 | | Transfer Withdrawal TO ACCOUNT XXXXXX2145 | 1,300.00 |
| 01/29 | | ACH Payment TAX_REV_WDT_ECKS TRD PMNT 1077090944 | 40.00 |
| 01/29 | | ACH Payment CITI CARD ONLINE PAYMENT 421286947647590 | 1,500.00 |
| 01/29 | | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400049227 | 10,519.48 |
| 01/30 | | Wire Fee 0000    ENGLAND CARRIER SERVICES  LLC 185 | 12.50 |
| 01/30 | | Check Card Debit P ACEVEDO SNAP ON MCALLEN TX | 100.00 |
| 01/30 | | Check Card Debit LA QUINTA MOTOR INNS 505 7615600 NM | 103.02 |
| 01/30 | | Transfer Withdrawal TO ACCOUNT XXXXXX1686 | 17,000.00 |
| 01/30 | | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400051877 | 32,319.80 |
| 01/31 | | Wire Fee 0000    ENGLAND CARRIER SERVICES  LLC 185 | 12.50 |
| 01/31 | | Check Card Debit LA QUINTA MOTOR INNS 505 7615600 NM | 105.11 |
| 01/31 | | Check Card Debit AXASEG MIT BANINTL CIUDAD DE MEX | 205.30 |
| 01/31 | | Check Card Debit AXASEG MIT BANINTL CIUDAD DE MEX | 205.30 |
| 01/31 | | Check Card Debit AXASEG MIT BANINTL CIUDAD DE MEX | 205.30 |
| 01/31 | | Check Card Debit AXASEG MIT BANINTL CIUDAD DE MEX | 205.30 |
| 01/31 | | Check Card Debit AXASEG MIT BANINTL CIUDAD DE MEX | 205.30 |
| 01/31 | | Check Card Debit AXASEG MIT BANINTL CIUDAD DE MEX | 205.30 |
| 01/31 | | Check Card Debit IN  BLACK LABEL REPAIR 256 7558999 AL | 535.00 |
| 01/31 | | Fgn Db/ATM Trans Fee Foreign Debit/ATM Transaction Fee  01/31 655 | 6.16 |
| 01/31 | | Fgn Db/ATM Trans Fee Foreign Debit/ATM Transaction Fee  01/31 655 | 6.16 |
| 01/31 | | Fgn Db/ATM Trans Fee Foreign Debit/ATM Transaction Fee  01/31 655 | 6.16 |
| 01/31 | | Fgn Db/ATM Trans Fee Foreign Debit/ATM Transaction Fee  01/31 655 | 6.16 |
| 01/31 | | Fgn Db/ATM Trans Fee Foreign Debit/ATM Transaction Fee  01/31 655 | 6.16 |
| 01/31 | | Fgn Db/ATM Trans Fee Foreign Debit/ATM Transaction Fee  01/31 655 | 6.16 |
| 01/31 | | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400056684 | 11,256.63 |
| 01/31 | | Service Charge | 20.50 |
| 01/31 | | OD Interest Charge | 0.24 |

### Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01/01 | 9,389.77 | 01/11 | -498.84 | 01/23 | 16,746.46 |
| 01/02 | 1,752.70 | 01/12 | 38,179.16 | 01/24 | 18,981.88 |
| 01/03 | 16,229.68 | 01/16 | 6,124.24 | 01/25 | 4,546.83 |
| 01/04 | 9,838.71 | 01/17 | 1,939.55 | 01/26 | 1,754.93 |
| 01/05 | 20,439.63 | 01/18 | 21,082.86 | 01/29 | 51,013.32 |
| 01/08 | 15,120.13 | 01/19 | 30,494.07 | 01/30 | 8,053.69 |
| 01/09 | 826.53 | 01/22 | 5,148.42 | 01/31 | 15,036.07 |
| 01/10 | 18,071.11 | | | | |

