---

**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an
  amended filing

---

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: _____

Date report filed:  3/27/2024
                    MM / DD / YYYY

Line of business: _____

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:

Original signature of responsible party   *Jaime Gomez*
                                          ID HQ8WKAi5iyCqoweHEA29959A

Printed name of responsible party  _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name _____     Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?                                    ☐    ☐    ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐    ☐    ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous       $ _____
   month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
   cash received even if you have not deposited it at the bank, collections
   on receivables, credit card deposits, cash received from other parties, or loans, gifts, or
   payments made by other parties on your behalf. Do not attach bank statements in
   lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.                                                           $ _____

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
   date paid, payee, purpose, and amount. Include all cash payments, debit card
   transactions, checks issued even if they have not cleared the bank, outstanding
   checks issued before the bankruptcy was filed that were allowed to clear this month,
   and payments made by other parties on your behalf. Do not attach bank statements
   in lieu of *Exhibit D*.

   Report the total from *Exhibit D* here.                                                        − $ _____

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.                                      + $ _____
   This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.                                                 = $ _____

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

   This amount may not match your bank account balance because you may have outstanding checks that
   have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

   Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
   have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
   purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                                              $ _____

   *(Exhibit E)*

Debtor Name _____     Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                      $ _____

  *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                        _____

27. What is the number of employees as of the date of this monthly report?          _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____

30. How much have you paid this month in other professional fees?                                         $ _____

31. How much have you paid in total other professional fees since filing the case?                        $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                          $ _____

36. Total projected cash disbursements for the next month:                  − $ _____

37. Total projected net cash flow for the next month:                          = $ _____

Debtor Name _____     Case number_____

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

EXHIBIT A

The Debtor has had difficulty closing the original account but am attempting to close it and open the DIP account shortly.  PNC Bank in the month of February 2024 stated that they were not familiar with the DIP Account requirements.   PNC Bank is on the approved list for the US Trustee's Office.

Debtor has not filed its 1120 Corporate Taxes for 2022.

Exhibit B

The Debtor has had difficulty closing the original account but am attempting to close it and open the DIP account shortly.  PNC Bank in the month of February 2024 stated that they were not familiar with the DIP Account requirements.   PNC Bank is on the approved list for the US Trustee's Office

EXHIBIT C

Cash Receipts

| | | |
|---|---|---|
| 02/12 | Incoming Wire 1019 ENGLAND CARRIER SERVICES LLC 801 | 29,412.88 |
| 02/12 | Incoming Wire 1020 ENGLAND CARRIER SERVICES LLC 801 | 23,920.56 |
| 02/13 | Incoming Wire 0923 ENGLAND CARRIER SERVICES LLC 801 | 13,251.28 |
| 02/14 | Incoming Wire 0915 ENGLAND CARRIER SERVICES LLC 801 | 18,056.78 |
| 02/15 | Incoming Wire 1267 ENGLAND CARRIER SERVICES LLC 801 | 37,459.67 |
| 02/15 | Incoming Wire 1746 ENGLAND CARRIER SERVICES LLC 801 | 28,427.33 |
| 02/20 | Incoming Wire 1912 ENGLAND CARRIER SERVICES LLC 801 | 30,415.25 |
| 02/20 | Incoming Wire 1911 ENGLAND CARRIER SERVICES LLC 801 | 28,533.31 |
| 02/20 | Incoming Wire 0167 LOGISTICA TRANSPOR TES LOMXEX801 | 7,185.00 |
| 02/21 | Incoming Wire 1193 ENGLAND CARRIER SERVICES LLC 801 | 20,255.71 |
| 02/22 | Incoming Wire 0908 ENGLAND CARRIER SERVICES LLC 801 | 17,259.36 |
| 02/22 | Ret Item Charg Rev 00715526 Returned Item Charge 115 | 35.00 |
| 02/23 | ACH Deposit STONEMARK INC INS PMNT 1060-2235893 | 27,175.92 |
| 02/23 | Incoming Wire 1855 ENGLAND CARRIER SERVICES LLC 801 | 22,801.30 |
| 02/23 | ACH Deposit STONEMARK INC INS PMNT 1060-2235893 | 21,671.49 |
| 02/23 | ACH Deposit STONEMARK INC INS PMNT 1060-2235893 | 21,671.49 |
| 02/23 | Incoming Wire 0812 ENGLAND CARRIER SERVICES LLC 801 | 3,417.22 |
| 02/26 | Incoming Wire 1299 ENGLAND CARRIER SERVICES LLC 801 | 30,153.19 |
| 02/27 | Incoming Wire 1115 ENGLAND CARRIER SERVICES LLC 801 | 19,215.68 |
| 02/27 | ACH Deposit Lincoln Freight ACH Paymen 2112 | 2,625.00 |
| 02/28 | Incoming Wire 1181 ENGLAND CARRIER SERVICES LLC 801 | 22,058.42 |
| 02/28 | Incoming Wire 0594 ENGLAND CARRIER SERVICES LLC 801 | 16,952.30 |
| 02/28 | Incoming Wire 1433 ENGLAND CARRIER SERVICES LLC 801 | 13,583.90 |

EXHIBIT D

Electronic Payments

| Date | Description | Amount |
|---|---|---|
| 02/01 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 02/01 | Check Card Debt La Quinta Motor Inns 505 7615600 NM | 103.02 |
| 02/01 | Check Card Debt SP Plus City of Dallas 704 517 2500 NC | 106.25 |
| 02/01 | ACH Payment ACI PAYMENT 201130506244 | 202.88 |
| 02/01 | ACH Payment TXU Energy | 230.90 |
| 02/01 | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400015277 | 16,699.93 |
| 02/02 | Outgoing wire | 2,525.00 |
| 02/02 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 02/02 | ACH Payment LLC | 393.50 |
| 02/02 | ACH Payment LLC | 401.02 |
| 02/02 | ACH Payment LOVES TRAVEL STO PAYMENTS | 12,910.76 |
| 02/05 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 02/05 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 02/05 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 02/05 | Check Card Debt SE40693 | 80.00 |
| 02/05 | Automatic Loan Payment | 1,400.00 |
| 02/05 | ACH Tax Payment | 20.00 |
| 02/06 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 02/06 | Wire Fee 0000 LOGISTICA Y TRANSFOR | 12.50 |
| 02/06 | Check Card Acevedo Snap ON | 100.00 |
| 02/06 | ACH Payment ALL Ways Trac | 1,340.00 |
| 02/07 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 02/07 | ACH Payment LOVES TRAVEL STO PAYMENTS | 459.78 |
| 02/08 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 02/08 | ACH Tax Payment | 10.00 |
| 02/08 | ACH Tax Payment | 10.00 |
| 02/08 | ACH Payment LOVES TRAVEL STO PAYMENTS | 59,780.51 |
| 02/09 | Outgoing wire | 2,025.00 |
| 02/09 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 02/09 | Check Card Debt SE40693 | 74.00 |
| 02/09 | ACH Tax Payment | 10.00 |
| 02/12 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 02/12 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 02/12 | Automatic Loan Payment | 2,850.00 |
| 02/13 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 02/13 | Check Card Debit Loves | 78.68 |
| 02/13 | Check Card Acevedo Snap ON | 100.00 |
| 02/13 | ACH Tax Payment | 10.00 |
| 02/14 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 02/14 | Check Card Debt Landfill of Laredo | 54.70 |
| 02/14 | Check Card Seg Mit | 205.03 |
| 02/14 | Check Card Seg Mit | 205.03 |

| | | |
|---|---|---:|
| 02/14 | Check Card Seg Mit | 205.03 |
| 02/14 | ATM Fee Foreign Debit | 6.15 |
| 02/14 | ATM Fee Foreign Debit | 6.15 |
| 02/14 | ATM Fee Foreign Debit | 6.15 |
| 02/14 | ACH Payments Loves Express | 5,040.09 |
| 02/14 | ACH Payments Loves Express | 5,328.28 |
| 02/15 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 02/15 | Check Card Wingstop | 34.07 |
| 02/15 | Check Card Costa Azul | 80.00 |
| 02/15 | Check Card Puco | 100.00 |
| 02/15 | ACH Tax Payment | 10.00 |
| 02/15 | ACH Payments Loves Express | 5,000.00 |
| 02/15 | ACH Payments Stonemark Inc | 21,571.49 |
| 02/16 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 02/16 | NSF Return Item Fee | 35.00 |
| 02/16 | ACH Payments Loves Express | 71,317.23 |
| 02/20 | Check Card Laredo Service | 1.35 |
| 02/20 | Check Card I-94 App | 6.00 |
| 02/20 | Check Card Dtops Single Crossing | 7.29 |
| 02/20 | Wire Fee 0000 LOGISTICA Y TRANSFOR | 12.50 |
| 02/20 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 02/20 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 02/20 | Check Card Laredo Fines | 45.00 |
| 02/20 | Check Card Dtops Single Crossing | 85.44 |
| 02/20 | Check Card Debt SE40693 | 91.54 |
| 02/20 | Check Card Acevedo Snap ON | 100.00 |
| 02/20 | Check Card Volvo Trucks of Texas | 141.26 |
| 02/20 | Laredo Bridge System | 309.00 |
| 02/20 | Volvo Trucks of Texas | 389.82 |
| 02/20 | ATT Payment | 313.68 |
| 02/20 | T-Mobile Tel | 8,096.06 |
| 02/21 | Outgoing Wire | 2,025.00 |
| 02/21 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 02/21 | Mobile by T Mobile | 210.00 |
| 02/21 | ACH Tax Payment | 10.00 |
| 02/21 | ACH Payments Stonemark Inc | 21,671.49 |
| 02/21 | ACH Payments Stonemark Inc | 27,176.92 |
| 02/22 | Check Card I-94 App | 6.00 |
| 02/22 | Check Card Dtops Single Crossing | 7.29 |
| 02/22 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 02/23 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 02/23 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 02/23 | NSF Return Item Fee | 35.00 |
| 02/23 | ACH Payments Loves Express | 68,053.67 |
| 02/26 | Check Card I-94 App | 6.00 |
| 02/26 | Check Card Dtops Single Crossing | 7.29 |

| 02/26 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 02/26 | Check Card Dtops Single Crossing | 14.24 |
| 02/26 | Check Card Dtops Single Crossing | 28.48 |
| 02/26 | Check Card Dtops Single Crossing | 50.01 |
| 02/26 | Check Card Debt SE40693 | 88.00 |
| 02/27 | Check Card I-94 App | 6.00 |
| 02/27 | Wire Fee 0000 ENGLAND CARRIER SERVICES LLC 185 | 12.50 |
| 02/27 | Check Card Dtops Single Crossing | 14.24 |
| 02/27 | Check Card Dtops Single Crossing | 56.96 |

## CHECKS MONTH OF FEBUARY

| Date | Check # | Amount | Name | |
|---|---|---|---|---|
| 2/5 | | 9,552.24 | | SERVICES |
| 2/12 | | 8,035.71 | | SERVICES |
| 2/13 | | 900.00 | | SERVICES |
| 2/5 | 14573 | 7,657.23 | LICONA | INSURANCE |
| 2/12 | 14574 | 7,657.23 | LICONA | INSURANCE |
| 2/2 | 14669 | 735.58 | SOUTH TEXAS | PARTS |
| 2/2 | 14678 | 1708.48 | SOUTH TEXAS | PARTS |
| 2/2 | 14679 | 190.88 | SOUTH TEXAS | PARTS |
| 2/2 | 14688 | 997.01 | SOUTH TEXAS | PARTS |
| 2/2 | 14689 | 1500.00 | SOUTH TEXAS | PARTS |
| 2/2 | 14700 | 562.08 | SOUTH TEXAS | PARTS |
| 2/2 | 14701 | 1,794.32 | SOUTH TEXAS | PARTS |
| 2/2 | 14702 | 255.02 | SOUTH TEXAS | PARTS |
| 2/1 | 14708 | 612.86 | CESAR BARAGAN | TIRES |
| 2/5 | 14709 | 933.32 | LUIS MORENO | EMPLOYEE (1099) |
| 2/14 | 14710 | 414.60 | CINTAS | PARTS |
| 2/1 | 14711 | 2,800 | .ELEUTERIO QUESADA | SERVICES |
| 2/1 | 14712 | 781.93 | LUIS GUTIERREZ | DRIVER |
| 2/1 | 14713 | 876.52 | ROBERTO MARTINEZ | DRIVER |
| 2/5 | 14714 | 216.50 | EQUPIMENT SERVICE MP | SERVICES |
| 2/9 | 14715 | 369.66 | SOUTH TEXAS | PARTS |
| 2/9 | 14716 | 1939.47 | SOUTH TEXAS | PARTS |
| 2/9 | 14717 | 864.78 | SOUTH TEXAS | PARTS |
| 2/2 | 14718 | 628.57 | JOSE MORALES | DRIVER |
| 2/2 | 14719 | 1661.50 | KENNY SALAS | DRIVER |
| 2/12 | 14720 | 1409.15 | MD | SERVICES |
| 2/16 | 14721 | 1260.33 | SOUTH TEXAS | PARTS |
| 2/5 | 14722 | 1131.25 | LUIS ZUNIGA | DRIVER |
| 2/12 | 14723 | 1289.97 | ERICK BARHUT | DRIVER |

| Date | Check # | Amount | Name | |
|------|---------|--------|------|---|
| 2/5 | 14724 | 1385.49 | JOSE HUERTA | DRIVER |
| 2/5 | 14725 | 661.37 | SERGIO PALMA | DRIVER |
| 2/5 | 14726 | 640.57 | CLARITZA GOMEZ | EMPLOYEE (W2) |
| 2/5 | 14727 | 600.01 | RAMON FRANCO | EMPLOYEE (W2) |
| 2/5 | 14728 | 578.92 | CARLOS PUGA | EMPLOYEE (W2) |
| 2/5 | 14729 | 650.00 | CARLOS PUGA | EMPLOYEE (W2) |
| 2/5 | 14730 | 659.99 | EVELYN MORENO | EMPLOYEE (W2) |
| 2/5 | 14731 | 900.00 | LUIS MORENO | EMPLOYEE (1099) |
| 2/5 | 14732 | 300.00 | GUADALUPE GUTIERREZ | EMPLOYEE (1099) |
| 2/05 | 14733 | 300.00 | NORA GARZA | EMPLOYEE (1099) |
| 2/6 | 14734 | 1200.00 | BEATRIZ MANRIQUE | EMPLOYEE (1099) |
| 2/9 | 14735 | 240.27 | SOUTH TEXAS | PARTS |
| 2/7 | 14736 | 879.35 | MARCO MANRIQUE | EMPLOYEE (1099) |
| 2/5 | 14737 | 700.00 | OSWALDO GOMEZ | EMPLOYEE (1099) |
| 2/5 | 14738 | 500.00 | JULISSA GOMEZ | EMPLOYEE (1099) |
| 2/5 | 14739 | 550.00 | GUSTAVO PALACIOS | EMPLOYEE (1099) |
| 2/5 | 14740 | 1154.67 | JORGE ROCHA | DRIVER |
| 2/5 | 14741 | 1134.40 | ARTURO DELGADO | DRIVER |
| 2/5 | 14742 | 1208.67 | FRANCISCO RODRIGUEZ | DRIVER |
| 2/6 | 14743 | 1518.58 | ENRIQUE RUIZ | DRIVER |
| 2/6 | 14744 | 1192.01 | JOSE TIRADO | DRIVER |
| 2/5 | 14745 | 1123.74 | FRANCISCO VALADEZ | DRIVER |
| 2/5 | 14746 | 1246.66 | MARTIN FLORES | DRIVER |
| 2/5 | 14747 | 1834.08 | ERICK SAHATIEL | DRIVER |
| 2/5 | 14748 | 1359.35 | MIGUEL ANAYA | DRIVER |
| 2/5 | 14749 | 1155.43 | SERGIO ZUBIA | DRIVER |
| 2/6 | 14750 | 1150.23 | TERESO MUNGUIA | DRIVER |
| 2/6 | 14752 | 901.81 | LUICO LEIJA | DRIVER |

| Date | Check # | Amount | Name | |
|------|---------|--------|------|---|
| 2/6 | 14753 | 992.53 | RAUL CHAVEZ | DRIVER |
| 2/6 | 14754 | 1145.43 | RAMIRO ZUNIGA | DRIVER |
| 2/9 | 14755 | 932.82 | SOUTH TEXAS | PARTS |
| 2/9 | 14756 | 1639.25 | SOUTH TEXAS | PARTS |
| 2/9 | 14757 | 1786.13 | SOUTH TEXAS | PARTS |
| 2/6 | 14758 | 1662.90 | SAHATIEL SANCHEZ | DRIVER |
| 2/7 | 14759 | 1223.97 | ANDRES LEYVA | DRIVER |
| 2/16 | 14760 | 2776.78 | JAIME GOMEZ | EMPLOYEE (W2) |
| 2/16 | 14761 | 608.96 | SOUTH TEXAS | PARTS |
| 2/16 | 14762 | 165.34 | SOUTH TEXAS | PARTS |
| 2/9 | 14763 | 1049.98 | ABELARDO MARTINEZ | DRIVER |
| 2/8 | 14764 | 1478.35 | ROBERTO MARTINEZ | DRIVER |
| 2/12 | 14765 | 600.00 | VICENTE DIAZ | SERVICES |
| 2/7 | 14766 | 1311.53 | CESAR BARAGAN | TIRES |
| 2/16 | 14767 | 319.34 | SOUTH TEXAS | PARTS |
| 2/9 | 14768 | 1378.66 | FERNANDO MAYA | DRIVER |
| 2/9 | 14769 | 1600.10 | LUIS MORENO | EMPLOYEE (1099) |
| 2/12 | 14770 | 650.00 | ELEAZAR REYNOSO | DRIVER |
| 2/9 | 14771 | 1381.35 | LUIS ZUNIGA | DRIVER |
| 2/9 | 14772 | 820.69 | JOSE ROCHA | DRIVER |
| 2/9 | 14773 | 1046.58 | JORGE ROCHA | DRIVER |
| 2/14 | 14774 | 640.57 | CLARITZA GOMEZ | EMPLOYEE (W2) |
| 2/14 | 14775 | 300.00 | NORA GARZA | EMPLOYEE (1099) |
| 2/12 | 14776 | 300.00 | GUADALUPE GUTIERREZ | EMPLOYEE (1099) |
| 2/15 | 14777 | 700.00 | BEATRIZ MANRIQUE | EMPLOYEE (1099) |
| 2/12 | 14778 | 700.00 | OSWALDO GOMEZ | EMPLOYEE (1099) |
| 2/20 | 14779 | 500.00 | JULISSA GOMEZ | EMPLOYEE (1099) |
| 2/12 | 14780 | 859.99 | EVELYN MORENO | EMPLOYEE (W2) |
| 2/12 | 14781 | 935.00 | LUIS MORENO | EMPLOYEE (1099) |

| Date | Check # | Amount | Name | |
|------|---------|--------|------|---|
| 2/12 | 14782 | 587.92 | CARLOS PUGA | EMPLOYEE (W2) |
| 2/15 | 14783 | 895.00 | MARCO MANRIQUE | EMPLOYEE (1099) |
| 2/12 | 14784 | 600.01 | RAMON FRANCO | EMPLOYEE (W2) |
| 2/12 | 14785 | 660.00 | GUSTAVO PALACIOS | EMPLOYEE (1099) |
| 2/12 | 14786 | 1207.64 | SERGIO ZUBIA | DRIVER |
| 2/12 | 14787 | 816.14 | JORGE ROCHA | DRIVER |
| 2/12 | 14788 | 839.42 | LUICO LEIJA | DRIVER |
| 2/12 | 14789 | 779.17 | PEDRO SANCHEZ | DRIVER |
| 2/12 | 14790 | 430.37 | ERICK BARHUT | DRIVER |
| 2/12 | 14791 | 1742.80 | KENNY SALAS | DRIVER |
| 2/13 | 14792 | 673.73 | SERGIO PALMA | DRIVER |
| 2/13 | 14793 | 904.64 | ERICK SAHATIEL | DRIVER |
| 2/15 | 14794 | 500.00 | BEATRIZ MANRIQUE | EMPLOYEE (1099) |
| 2/16 | 14795 | 631.95 | SOUTH TEXAS | PARTS |
| 2/13 | 14796 | 1002.42 | JOSE HUERTA | DRIVER |
| 2/14 | 14797 | 1162.63 | ENRIQUE RUIZ | DRIVER |
| 2/14 | 14798 | 925.72 | LUIS GUTIERREZ | DRIVER |
| 2/15 | 14799 | 150.00 | CESAR BARAGAN | TIRES |
| 2/20 | 14800 | 720.00 | JIMENZ TRUCK REPAIR | SERVICES |
| 2/20 | 14801 | 720.00 | JIMENZ TRUCK REPAIR | SERVICES |
| 2/15 | 14802 | 1,685.58 | MARTIN FLORES | DRIVER |
| 2/15 | 14803 | 1473.40 | JEAN PAUL | DRIVER |
| 2/23 | 14804 | 1500.00 | SOUTH TEXAS | PARTS |
| 2/20 | 14806 | 479.88 | LUIS ITEHUA | DRIVER |
| 2/16 | 14807 | 1702.66 | JOSE TIRADO | DRIVER |
| 2/16 | 14808 | 1871.37 | JOSE ORTIZ | DRIVER |
| 2/20 | 14809 | 690.13 | ARTURO DELGADO | DRIVER |
| 2/20 | 14810 | 1096.54 | FRANCISCO VALADEZ | DRIVER |

| Date | Check # | Amount | Name | |
|------|---------|--------|------|---|
| 2/20 | 14811 | 1508.29 | TERESO MUNGUIA | DRIVER |
| 2/20 | 14812 | 747.93 | JORGE ROCHA | DRIVER |
| 2/20 | 14813 | 1058.35 | LUIS ZUNIGA | DRIVER |
| 2/23 | 14814 | 478.00 | TEXAS CHILD SUPPORT | DRIVERS PAY |
| 2/20 | 14815 | 1711.51 | ANDRES LEYVA | DRIVER |
| 2/21 | 14821 | 587.92 | CARLOS PUGA | EMPLOYEE (W2) |
| 2/23 | 14823 | 97.43 | SOUTH TEXAS | PARTS |
| 2/16 | 14824 | 352.00 | CSL COMPLIANCE | SERVICES |
| 2/20 | 14825 | 600.01 | RAMON FRANCO | EMPLOYEE (W2) |
| 2/20 | 14830 | 1906.29 | RAUL CHAVEZ | DRIVER |
| 2/23 | 14831 | 1200.00 | SOUTH TEXAS | PARTS |
| 2/23 | 14832 | 104.71 | SOUTH TEXAS | PARTS |
| 2/21 | 14834 | 1434.10 | FERNANDO MAYA | DRIVER |
| 2/22 | 14835 | 1066.12 | SAHATIEL SANCHEZ | DRIVER |
| 2/22 | 14836 | 240.00 | SERGIO SUAREZ | SERVICES |
| 2/21 | 14838 | 1020.88 | ELEAZAR REYNOSO | DRIVER |
| 2/22 | 14841 | 140.00 | DARIO DAVILA | SERVICES |
| 2/26 | 14842 | 919.03 | LUIS MORENO | EMPLOYEE (1099) |
| 2/23 | 14844 | 1057.17 | JOSE ROCHA | DRIVER |
| 2/26 | 14845 | 1114.48 | MARTIN FLORES | DRIVER |
| 2/26 | 14846 | 1063.17 | SERGIO PALMA | DRIVER |
| 2/26 | 14847 | 659.99 | EVELYN MORENO | EMPLOYEE (W2) |
| 2/26 | 14848 | 750.00 | LUIS MORENO | EMPLOYEE (1099) |
| 2/26 | 14850 | 300.00 | NORA GARZA | EMPLOYEE (1099) |
| 2/26 | 14851 | 500.00 | JULISSA GOMEZ | EMPLOYEE (1099) |
| 2/26 | 14853 | 640.57 | CLARITZA GOMEZ | EMPLOYEE (W2) |
| 2/26 | 14854 | 1316.64 | MARCO MANRIQUE | EMPLOYEE (1099) |
| 2/26 | 14856 | 587.92 | CARLOS PUGA | EMPLOYEE (W2) |
| 2/26 | 14857 | 700.00 | OSWALDO GOMEZ | EMPLOYEE (1099) |

| Date | Check # | Amount | Name | |
|------|---------|--------|------|---|
| 2/26 | 14858 | 660.00 | GUSTAVO PALACIOS | EMPLOYEE (1099) |
| 2/26 | 14859 | 600.01 | RAMON FRANCO | EMPLOYEE (W2) |
| 2/26 | 14860 | 600.00 | DARIO DAVILA | SERVICES |
| 2/26 | 14861 | 500.00 | JOSE ZUNIGA | DRIVER |
| 2/26 | 14862 | 700.00 | BEATRIZ MANRIQUE | EMPLOYEE (1099) |
| 2/26 | 14863 | 1514.18 | CARIMEX | SERVICES |
| 2/26 | 14864 | 1100.00 | JAIME GOMEZ | EMPLOYEE (W2) |
| 2/26 | 14867 | 544.56 | JORGE ROCHA | DRIVER |
| 2/26 | 14868 | 916.54 | STEVE HUERTA | DRIVER |
| 2/26 | 14869 | 549.97 | STEVE HUERTA | DRIVER |
| 2/26 | 14870 | 886.86 | LUICO LEIJA | DRIVER |
| 2/28 | 14874 | 608.23 | RUBEN LOPEZ | DRIVER |
| 2/28 | 14875 | 959.12 | SERGIO ZUBIA | DRIVER |
| 2/28 | 14878 | 563.85 | PEDRO SANCHEZ | DRIVER |
| 2/28 | 14879 | 1140.80 | LUIS ZUNIGA | DRIVER |
| 2/28 | 14880 | 1231.96 | FRANCISCO VALADEZ | DRIVER |
| 2/29 | 14881 | 983.46 | ROBERTO MARTINEZ | DRIVER |
| 2/29 | 14884 | 1416.35 | LUIS ITEHUA | DRIVER |
| 2/29 | 14885 | 1273.87 | TERESO MUNGUIA | DRIVER |



**IBC BANK.**

**We Do More**

P O Box 659507
San Antonio, Texas 78265-9507



00000374 TI307503012403455000 15 000000000 0000000 026

G & G XPRESS INC
729 RANCHO PENITAS RD
LAREDO TX 78045

Customer Number        2115575679
Statement Date         02/29/2024
Statement Period       02/01/2024 - 02/29/2024
Enclosure Items        165
Page Number            1 of 26

### Contact Information

| Address | |
|---|---|
| IBC Laredo | |
| 1200 SAN BERNARDO | |
| LAREDO TX 78040 | |
| Your Officer | Armando M Gonzalez |
| Bank Phone | 1-(956) 722-7611 |
| IBC Voice | 1-(956) 723-2929 |
| Visit us Online | www.IBC com |
| Mobile Banking | Download app or visit |
| | at www.myIBC.com |

Please examine and report any discrepancies within 14 days from your statement date

| Biz Rite | | Account Recap | | Account Number: 2115575679 | |
|---|---|---|---|---|---|
| Beginning Balance | Number of Credits | Deposits & Credits | Number of Debits | Withdrawals & Debits | Closing Balance |
| 15,036.07 | 39 | 701,771.40 | 281 | 662,567.34 | 17,740.13 |

**Monthly Service Charge Summary**

| | |
|---|---|
| Total Items | 3.00 |
| Excess Cash Chg | 19.50 |
| Total Service Charge Posted | 22.50 |

**Balance Summary**

| Average Collected Balance | 36,433.52 |
|---|---|

**Deposits (Credits)**

| Date | Deposit # | Amount | Date | Deposit # | Amount | Date | Deposit # | Amount |
|---|---|---|---|---|---|---|---|---|
| 02/09 | | 16,000.00 | 02/20 | | 100.00 | 02/26 | | 20,300.00 |

**Checks (Debits)**

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 02/05 | | 9,552.24 | 02/05 | 14709 | 933.32 | 02/12 | 14723 | 1,289.97 |
| 02/12 | | 8,035.71 | 02/14 | 14710 | 414.60 | 02/05 | 14724 | 1,385.49 |
| 02/13 | | 900.00 | 02/01 | 14711 | 2,800.00 | 02/05 | 14725 | 661.37 |
| 02/05 | 14573 | 7,657.23 | 02/01 | 14712 | 781.93 | 02/05 | 14726 | 640.57 |
| 02/12 | 14574 | 7,657.23 | 02/01 | 14713 | 876.52 | 02/05 | 14727 | 600.01 |
| 02/02 | 14669* | 735.58 | 02/05 | 14714 | 216.50 | 02/05 | 14728 | 587.92 |
| 02/02 | 14678* | 1,708.48 | 02/09 | 14715 | 369.66 | 02/05 | 14729 | 650.00 |
| 02/02 | 14679 | 190.88 | 02/09 | 14716 | 1,939.47 | 02/05 | 14730 | 659.99 |
| 02/02 | 14688* | 997.01 | 02/09 | 14717 | 864.78 | 02/05 | 14731 | 900.00 |
| 02/02 | 14689 | 1,500.00 | 02/02 | 14718 | 628.57 | 02/05 | 14732 | 300.00 |
| 02/02 | 14700* | 562.08 | 02/02 | 14719 | 1,661.50 | 02/05 | 14733 | 300.00 |
| 02/02 | 14701 | 1,794.32 | 02/12 | 14720 | 1,409.15 | 02/06 | 14734 | 1,200.00 |
| 02/02 | 14702 | 255.02 | 02/16 | 14721 | 1,260.33 | 02/09 | 14735 | 240.27 |
| 02/01 | 14708* | 512.86 | 02/05 | 14722 | 1,131.25 | 02/07 | 14736 | 879.35 |

* Indicates a skip in check number sequence



# IBC BANK
## We Do More

| | |
|---|---|
| Statement Date | 02/29/24 |
| Statement Period | 02/01/24 - 02/29/24 |
| Page Number | 3 of 26 |

Ret Item Chrg Rev 00715526       Returned Item Charge115



## Electronic Activity
### Credits

| Date | Description | | Amount |
|---|---|---|---|
| 02/12 | Incoming Wire 1019 | ENGLAND CARRIER SERVICES LLC 801 | 29,412 88 |
| 02/12 | Incoming Wire 1020 | ENGLAND CARRIER SERVICES LLC 801 | 23,920 56 |
| 02/13 | Incoming Wire 0923 | ENGLAND CARRIER SERVICES LLC 801 | 13,251 28 |
| 02/14 | Incoming Wire 0915 | ENGLAND CARRIER SERVICES LLC 801 | 18,056 78 |
| 02/15 | Incoming Wire 1267 | ENGLAND CARRIER SERVICES LLC 801 | 37,459 67 |
| 02/16 | Incoming Wire 1746 | ENGLAND CARRIER SERVICES LLC 801 | 28,427 33 |
| 02/20 | Incoming Wire 1912 | ENGLAND CARRIER SERVICES LLC 801 | 30,415 25 |
| 02/20 | Incoming Wire 1911 | ENGLAND CARRIER SERVICES LLC 801 | 28,533 31 |
| 02/20 | Incoming Wire 0167 | LOGISTICA Y TRANSPOR TES LOMEX801 | 7,185 00 |
| 02/21 | Incoming Wire 1193 | ENGLAND CARRIER SERVICES LLC 801 | 20,255 71 |
| 02/22 | Incoming Wire 0908 | ENGLAND CARRIER SERVICES LLC 801 | 17,269 36 |
| 02/22 | Ret Item Chrg Rev 00715526 | Returned Item Charge115 | 35 00 |
| 02/23 | ACH Deposit STONEMARK INC INS PMNT 1080-2235893 | | 27,175 92 |
| 02/23 | Incoming Wire 1855 | ENGLAND CARRIER SERVICES LLC 801 | 22,801 30 |
| 02/23 | ACH Deposit STONEMARK INC INS PMNT 1080-2121218 | | 21,671 49 |
| 02/23 | ACH Deposit STONEMARK INC INS PMNT 1080-2121218 | | 21,671 49 |
| 02/23 | Incoming Wire 0812 | ENGLAND CARRIER SERVICES LLC 801 | 3,417 22 |
| 02/26 | Incoming Wire 1299 | ENGLAND CARRIER SERVICES LLC 801 | 30,153 19 |
| 02/27 | Incoming Wire 1115 | ENGLAND CARRIER SERVICES LLC 801 | 19,215 68 |
| 02/27 | ACH Deposit Lincoln Freight ACH Paymen 2112 | | 2,625 00 |
| 02/28 | Incoming Wire 1181 | ENGLAND CARRIER SERVICES LLC 801 | 22,058 42 |
| 02/28 | Incoming Wire 0594 | ENGLAND CARRIER SERVICES LLC 801 | 16,962 30 |
| 02/29 | Incoming Wire 1433 | ENGLAND CARRIER SERVICES LLC 801 | 13,583 90 |

### Debits

| Date | Description | | Amount |
|---|---|---|---|
| 02/01 | Wire Fee 0000 | ENGLAND CARRIER SERVICES LLC 185 | 12 50 |
| 02/01 | Check Card Debit LA QUINTA MOTOR INNS 505 7615600 NM | | 103 02 |
| 02/01 | Check Card Debit SP Plus City of Dallas 704 817 2500 NC | | 106 25 |
| 02/01 | ACH Payment ACI PAYMENT 201130508244 | | 202 88 |
| 02/01 | ACH Payment TXU ENERGY TXU_ACH DIRECT DEBITING 035755401520 | | 230 90 |
| 02/01 | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400058689 | | 14,069 58 |
| 02/02 | 203088 Outgoing Wire 0020308850 | 811 | 2,525 00 |
| 02/02 | Wire Fee 0000 | ENGLAND CARRIER SERVICES LLC 185 | 12 50 |
| 02/02 | ACH Payment LCC | WEB PAY 68669 | 393 60 |
| 02/02 | ACH Payment LCC | WEB PAY 72646 | 401 02 |
| 02/02 | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400059630 | | 12,910 76 |
| 02/05 | Wire Fee 0000 | ENGLAND CARRIER SERVICES LLC 185 | 12 50 |
| 02/05 | Wire Fee 0000 | ENGLAND CARRIER SERVICES LLC 185 | 12 50 |
| 02/05 | Wire Fee 0000 | ENGLAND CARRIER SERVICES LLC 155 | 12 50 |
| 02/05 | Check Card Debit SE40893 LAREDO TX | | 80 00 |
| 02/05 | Automatic Loan Pmt LN PyXXXXXX6920 1 | | 1,400 00 |
| 02/05 | ACH Payment TAX_REV_WDT_ECKS TRD PMNT 2112510492 | | 20 00- |
| 02/06 | Wire Fee 0000 | ENGLAND CARRIER SERVICES LLC 185 | 12 50 |
| 02/06 | Wire Fee 0000 | LOGISTICA Y TRANSPOR TES LOMEX185 | 12 50 |
| 02/06 | Check Card Debit P ACEVEDO SNAP ON MCALLEN TX | | 100 00 |
| 02/06 | ACH Payment ALL WAYS TRACK 9562864973 M120263421909 | | 1,340 00 |
| 02/07 | Wire Fee 0000 | ENGLAND CARRIER SERVICES LLC 185 | 12 50 |
| 02/07 | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400068797 | | 459 73 |
| 02/08 | Wire Fee 0000 | ENGLAND CARRIER SERVICES LLC 185 | 12 50 |
| 02/08 | ACH Payment TAX_REV_WDT_ECKS TRD PMNT 1573968512 | | 10 00 |
| 02/08 | ACH Payment TAX_REV_WDT_ECKS TRD PMNT 1271716480 | | 10 00 |
| 02/08 | ACH Payment LOVES TRAVEL STO PAYMENTS 010011400071063 | | 59,780 51 |
| 02/09 | 203088 Outgoing Wire 0020308890 | 811 | 2,025 00 |
| 02/09 | Wire Fee 0000 | ENGLAND CARRIER SERVICES LLC 185 | 12 50 |
| 02/09 | Check Card Debit SE40895 LAREDO TX | | 74 00 |
| 02/09 | ACH Payment TAX_REV_WDT_ECKS TRD PMNT 1983109760 | | 10 00 |
| 02/12 | Wire Fee 0000 | ENGLAND CARRIER SERVICES LLC 185 | 12 50 |
| 02/12 | Wire Fee 0000 | ENGLAND CARRIER SERVICES LLC 185 | 12 50 |
| 02/12 | Automatic Loan Pmt LN PyXXXXXX7706 1 | | 2,850 00 |
| 02/13 | Wire Fee 0000 | ENGLAND CARRIER SERVICES LLC 185 | 12 50 |





**IBC BANK**
We Do More

| | |
|---|---|
| Statement Date | 02/29/24 |
| Statement Period | 02/01/24 - 02/29/24 |
| Page Number | 4 of 26 |



## Electronic Activity

### Debits

| Date | | Description | Amount |
|---|---|---|---|
| 02/13 | | Check Card Debit Love's #0752 Outside LAREDO TX | 78 68 |
| 02/13 | | Check Card Debit P ACEVEDO SNAP ON MCALLEN TX | 100 00 |
| 02/13 | | ACH Payment TAX_REV_WDT_ECKS TRD PMNT 1214003840 | 10 00 |
| 02/14 | | Wire Fee 0000     ENGLAND CARRIER SERVICES LLC 185 | 12 50 |
| 02/14 | | Check Card Debit LANDFILL OF LAREDO 956 7952010 TX | 54 70 |
| 02/14 | | Check Card Debit AXASEG MIT BANINTL CIUDAD DE MEX | 205 03 |
| 02/14 | | Check Card Debit AXASEG MIT BANINTL CIUDAD DE MEX | 205 30 |
| 02/14 | | Check Card Debit AXASEG MIT BANINTL CIUDAD DE MEX | 205 30 |
| 02/14 | | Fgn Db/ATM Trans Fee Foreign Debit/ATM Transaction Fee  02 14 655 | 6 15 |
| 02/14 | | Fgn Db/ATM Trans Fee Foreign Debit/ATM Transaction Fee  02/14 655 | 6 16 |
| 02/14 | | Fgn Db/ATM Trans Fee Foreign Debit/ATM Transaction Fee  02/14 655 | 6 16 |
| 02/14 | | ACH Payment LOVE'S EXPRESS PAYMENTS 800-388-0983 9276859 | 5,040 09 |
| 02/14 | | ACH Payment LOVE'S EXPRESS PAYMENTS 800 388 0983 9276855 | 5,328 28 |
| 02/15 | | Wire Fee 0000     ENGLAND CARRIER SERVICES LLC 185 | 12 50 |
| 02/15 | | Check Card Debit WINGSTOP 0322 LAREDO TX | 34 07 |
| 02/15 | | Check Card Debit COSTA AZUL MARISCOS INC LAREDO TX | 80 03 |
| 02/15 | | Check Card Debit PUCO NONHMCF CCPAY 614 387 1511 OH | 100 00 |
| 02/15 | | ACH Payment TAX_REV_WDT_ECKS TRD PMNT 1297496704 | 10 00 |
| 02/15 | | ACH Payment LOVE'S EXPRESS PAYMENTS 800-388-0983 9577211 | 5,000 00 |
| 02/15 | | ACH Payment STONEMARK INC INS  PMNT  1080-2121218 | 21,671 49 |
| 02/16 | | Wire Fee 0000     ENGLAND CARRIER SERVICES LLC 185 | 12 50 |
| 02/16 | | NSF Return Item Fee For an Item in the Amount of 71 317 23 | 35 00 |
| 02/16 | | ACH Force Pay Debit LOVE'S EXPRESS PAYMENTS 800-388-0983 9577213 | 71,317 23 |
| 02/20 | | Check Card Debit LAREDO  SERVICEFEE 956 7947625 TX | 1 35 |
| 02/20 | | Check Card Debit I 94 APP PROCESSING 317 715 6776 IN | 6 00 |
| 02/20 | | Check Card Debit DTOPS SINGLE CROSSING 317 614 4887 IN | 7 29 |
| 02/20 | | Wire Fee 0000     LOGISTICA Y TRANSPOR TES LOMEX 185 | 12 50 |
| 02/20 | | Wire Fee 0000     ENGLAND CARRIER SERVICES LLC 185 | 12 50 |
| 02/20 | | Wire Fee 0000     ENGLAND CARRIER SERVICES LLC 185 | 12 50 |
| 02/20 | | Check Card Debit CITY OF LAREDO  FINES 956 7947625 TX | 45 00 |
| 02/20 | | Check Card Debit DTOPS SINGLE CROSSING 317 614 4887 IN | 85 44 |
| 02/20 | | Check Card Debit SE40893 LAREDO TX | 91 54 |
| 02/20 | | Check Card Debit P ACEVEDO SNAP ON MCALLEN TX | 100 00 |
| 02/20 | | Check Card Debit VOLVO TRUCKS OF TEXAS 361 8447349 TX | 141 28 |
| 02/20 | | Check Card Debit LAREDO BRIDGE SYSTEM 956 7952055 TX | 309 00 |
| 02/20 | | Check Card Debit VOLVO TRUCKS OF TEXAS 361 8447349 TX | 389 82 |
| 02/20 | | ACH Payment ATT Payment 440745002EPAYB | 313 68 |
| 02/20 | | ACH Payment T-MOBILE TEL PCS SVC 800-937-8997 9947489 | 8,096 06 |
| 02/21 | 203088 | Outgoing Wire 0020308890           811 | 2,025 00 |
| 02/21 | | Wire Fee 0000     ENGLAND CARRIER SERVICES LLC 185 | 12 50 |
| 02/21 | | Check Card Debit METRO BY T MOBILE AUTO 888 863 8758 WA | 210 00 |
| 02/21 | | ACH Payment TAX_REV_WDT_ECKS TRD PMNT 1898527360 | 10 00 |
| 02/21 | | ACH Payment STONEMARK INC INS  PMNT  1080-2121218 | 21,671 49 |
| 02/21 | | ACH Payment STONEMARK INC INS  PMNT  1080-2235693 | 27,176 92- |
| 02/22 | | Check Card Debit I 94 APP PROCESSING 317 715 6776 IN | 6 00 |
| 02/22 | | Check Card Debit DTOPS SINGLE CROSSING 317 614 4887 IN | 7 29 |
| 02/22 | | Wire Fee 0000     ENGLAND CARRIER SERVICES LLC 185 | 12 50 |
| 02/23 | | Wire Fee 0000     ENGLAND CARRIER SERVICES LLC 185 | 12 50 |
| 02/23 | | Wire Fee 0000     ENGLAND CARRIER SERVICES LLC 185 | 12 50 |
| 02/23 | | NSF Return Item Fee For an Item in the Amount of 68 053 87 | 35 00 |
| 02/23 | | ACH Force Pay Debit LOVE'S EXPRESS PAYMENTS 800-388-0983 1732201 | 68 053 87 |
| 02/26 | | Check Card Debit I 94 APP PROCESSING 317 715 6776 IN | 6 00 |
| 02/26 | | Check Card Debit DTOPS SINGLE CROSSING 317 614 4887 IN | 7 29 |
| 02/26 | | Wire Fee 0000     ENGLAND CARRIER SERVICES LLC 185 | 12 50 |
| 02/26 | | Check Card Debit DTOPS SINGLE CROSSING 317 614 4887 IN | 14 24 |
| 02/26 | | Check Card Debit DTOPS SINGLE CROSSING 317 614 4887 IN | 28 48 |
| 02/26 | | Check Card Debit DTOPS SINGLE CROSSING 317 614 4887 IN | 50 01 |
| 02/26 | | Check Card Debit SE40893 LAREDO TX | 88 00 |
| 02/27 | | Check Card Debit I 94 APP PROCESSING 317 715 6776 IN | 6 00 |
| 02/27 | | Wire Fee 0000     ENGLAND CARRIER SERVICES LLC 185 | 12 50 |
| 02/27 | | Check Card Debit DTOPS SINGLE CROSSING 317 614 4887 IN | 14 24 |
| 02/27 | | Check Card Debit DTOPS SINGLE CROSSING 317 614 4887 IN | 56 96 |





**IBC BANK**
**We Do More**

## Checks (Debits)

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| 02/05 | 14737 | 700.00 | 02/12 | 14778 | 700.00 | 02/20 | 14825 | 600.01 |
| 02/05 | 14738 | 500.00 | 02/20 | 14779 | 500.00 | 02/20 | 14830* | 1,906.29 |
| 02/05 | 14739 | 550.00 | 02/12 | 14780 | 859.99 | 02/23 | 14831 | 1,200.00 |
| 02/05 | 14740 | 1,154.67 | 02/12 | 14781 | 935.00 | 02/23 | 14832 | 104.71 |
| 02/05 | 14741 | 1,134.40 | 02/12 | 14782 | 587.92 | 02/21 | 14834* | 1,434.10 |
| 02/05 | 14742 | 1,208.67 | 02/15 | 14783 | 895.00 | 02/22 | 14835 | 1,066.12 |
| 02/06 | 14743 | 1,518.58 | 02/12 | 14784 | 600.01 | 02/22 | 14836 | 240.00 |
| 02/06 | 14744 | 1,192.01 | 02/12 | 14785 | 660.00 | 02/21 | 14838* | 1,020.88 |
| 02/05 | 14745 | 1,123.74 | 02/12 | 14786 | 1,207.64 | 02/22 | 14841* | 140.00 |
| 02/05 | 14746 | 1,246.66 | 02/12 | 14787 | 816.14 | 02/26 | 14842 | 919.03 |
| 02/05 | 14747 | 1,834.08 | 02/12 | 14788 | 839.42 | 02/23 | 14844* | 1,057.17 |
| 02/05 | 14748 | 1,359.35 | 02/12 | 14789 | 779.17 | 02/26 | 14845 | 1,114.48 |
| 02/05 | 14749 | 1,155.43 | 02/12 | 14790 | 430.37 | 02/26 | 14846 | 1,063.17 |
| 02/06 | 14750 | 1,150.23 | 02/12 | 14791 | 1,742.80 | 02/26 | 14847 | 659.99 |
| 02/06 | 14752* | 901.81 | 02/13 | 14792 | 673.73 | 02/26 | 14848 | 750.00 |
| 02/06 | 14753 | 992.53 | 02/13 | 14793 | 904.64 | 02/26 | 14850* | 300.00 |
| 02/06 | 14754 | 1,145.43 | 02/15 | 14794 | 500.00 | 02/26 | 14851 | 500.00 |
| 02/09 | 14755 | 932.82 | 02/16 | 14795 | 631.95 | 02/26 | 14853* | 640.57 |
| 02/09 | 14756 | 1,639.25 | 02/13 | 14796 | 1,002.42 | 02/26 | 14854 | 1,316.64 |
| 02/09 | 14757 | 1,786.13 | 02/14 | 14797 | 1,162.63 | 02/26 | 14856* | 587.92 |
| 02/06 | 14758 | 1,662.90 | 02/14 | 14798 | 925.72 | 02/26 | 14857 | 700.00 |
| 02/07 | 14759 | 1,223.97 | 02/15 | 14799 | 150.00 | 02/26 | 14858 | 660.00 |
| 02/16 | 14760 | 2,776.78 | 02/20 | 14800 | 720.00 | 02/26 | 14859 | 600.01 |
| 02/16 | 14761 | 608.96 | 02/20 | 14801 | 720.00 | 02/26 | 14860 | 600.00 |
| 02/16 | 14762 | 165.34 | 02/15 | 14802 | 1,685.58 | 02/26 | 14861 | 500.00 |
| 02/09 | 14763 | 1,049.98 | 02/15 | 14803 | 1,473.40 | 02/26 | 14862 | 700.00 |
| 02/08 | 14764 | 1,478.35 | 02/23 | 14804 | 1,500.00 | 02/26 | 14863 | 1,514.18 |
| 02/12 | 14765 | 600.00 | 02/20 | 14806* | 479.88 | 02/26 | 14864 | 1,100.00 |
| 02/07 | 14766 | 1,311.53 | 02/16 | 14807 | 1,702.66 | 02/26 | 14867* | 544.56 |
| 02/16 | 14767 | 319.34 | 02/16 | 14808 | 1,871.37 | 02/26 | 14868 | 916.54 |
| 02/09 | 14768 | 1,378.66 | 02/20 | 14809 | 690.13 | 02/26 | 14869 | 549.97 |
| 02/09 | 14769 | 1,600.10 | 02/20 | 14810 | 1,096.54 | 02/26 | 14870 | 886.86 |
| 02/12 | 14770 | 650.00 | 02/20 | 14811 | 1,508.29 | 02/28 | 14874* | 608.23 |
| 02/09 | 14771 | 1,381.35 | 02/20 | 14812 | 747.93 | 02/28 | 14875 | 959.12 |
| 02/09 | 14772 | 820.69 | 02/20 | 14813 | 1,058.35 | 02/28 | 14878* | 563.59 |
| 02/09 | 14773 | 1,046.58 | 02/23 | 14814 | 478.00 | 02/28 | 14879 | 1,140.80 |
| 02/14 | 14774 | 640.57 | 02/20 | 14815 | 1,711.51 | 02/28 | 14880 | 1,231.96 |
| 02/14 | 14775 | 300.00 | 02/21 | 14821* | 587.92 | 02/29 | 14881 | 983.46 |
| 02/12 | 14776 | 300.00 | 02/23 | 14823* | 97.43 | 02/29 | 14884* | 1,416.35 |
| 02/15 | 14777 | 700.00 | 02/16 | 14824 | 352.00 | 02/29 | 14885 | 1,273.87 |

*Indicates a skip in check number sequence*

## Electronic Activity

### Credits

| Date | Description | | Amount |
|------|-------------|--|--------|
| 02/01 | Incoming Wire 1092 | ENGLAND CARRIER SERVICES LLC 801 | 11,013.36 |
| 02/02 | Incoming Wire 1850 | ENGLAND CARRIER SERVICES LLC 801 | 31,756.40 |
| 02/05 | Incoming Wire 0622 | ENGLAND CARRIER SERVICES LLC 801 | 39,126.70 |
| 02/05 | Incoming Wire 0367 | ENGLAND CARRIER SERVICES LLC 801 | 13,223.16 |
| 02/05 | Incoming Wire 0784 | ENGLAND CARRIER SERVICES LLC 801 | 2,78.15 |
| 02/06 | Incoming Wire 1105 | ENGLAND CARRIER SERVICES LLC 801 | 1,57.26 |
| 02/06 | Incoming Wire 0307 | LOGISTICA Y TRANSPOR TES LOMEX801 | 6,185.00 |
| 02/07 | Incoming Wire 1442 | ENGLAND CARRIER SERVICES LLC 801 | 3,011.12 |
| 02/08 | Incoming Wire 1244 | ENGLAND CARRIER SERVICES LLC 801 | 3,156.96 |
| 02/09 | Incoming Wire 1588 | ENGLAND CARRIER SERVICES LLC 801 | 23,24.25 |



| | |
|---|---|
| Customer Number: | 21103/3673 |
| Statement Date: | 02/29/24 |
| Statement Period: | 02/01/24 - 02/29/24 |
| Page Number: | 5 of 26 |



## Electronic Activity

### Debits

| Date | Description | Amount |
|---|---|---|
| 02/27 | Check Card Debit P ACEVEDO SNAP ON MCALLEN TX | 100.00 |
| 02/27 | Check Card Debit AXASEG MIT BANINTL CIUDAD DE MEX | 205.03 |
| 02/27 | Check Card Debit WWW COSTASOLUTIONS COM HTTPSWWW COST TX | 225.00 |
| 02/27 | Check Card Debit LAREDO BRIDGE SYSTEM 956 7952055 TX | 309.00 |
| 02/27 | Fgn Db/ATM Trans Fee Foreign Debit/ATM Transaction Fee 02/27 655 | 6.15 |
| 02/27 | ACH Payment ACI PAYMENT 201158529620 | 202.88 |
| 02/28 | Wire Fee 0000    ENGLAND CARRIER SERVICES  LLC 185 | 12.50 |
| 02/28 | Wire Fee 0000    ENGLAND CARRIER SERVICES  LLC 185 | 12.50 |
| 02/28 | Check Card Debit DTOPS SINGLE CROSSING 317 614 4887 IN | 14.24 |
| 02/28 | Check Card Debit DTOPS SINGLE CROSSING 317 614 4887 IN | 28.48 |
| 02/28 | ACH Payment STONEMARK INC INS. PMNT. 1080-2235893 | 26,544.85 |
| 02/28 | ACH Payment STONEMARK INC INS. PMNT. 1080-2121218 | 41,256.01 |
| 02/29 | Check Card Debit I 94 APP PROCESSING 317 715 6776 IN | 6.00 |
| 02/29 | Wire Fee 0000    ENGLAND CARRIER SERVICES  LLC 185 | 12.50 |
| 02/29 | Check Card Debit DTOPS SINGLE CROSSING 317 614 4887 IN | 14.24 |
| 02/29 | Check Card Debit DTOPS SINGLE CROSSING 317 614 4887 IN | 14.24 |
| 02/29 | Check Card Debit DTOPS SINGLE CROSSING 317 614 4887 IN | 28.48 |
| 02/29 | Check Card Debit LAREDO BRIDGE SYSTEM 956 7952055 TX | 309.00 |
| 02/29 | ACH Payment HARBOR FREIGHT PAYMENT 604420100669050 | 150.00 |
| 02/29 | ACH Payment TXU ENERGY TXU_ACH DIRECT DEBITING 035676294912 | 248.98 |
| 02/29 | ACH Payment LOVE'S EXPRESS PAYMENTS 800-388-0983 3756750 | 73,844.63 |
| 02/29 | Service Charge | 22.50 |

### Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/01 | 6,252.99 | 02/12 | 46,894.98 | 02/22 | 37,839.39 |
| 02/02 | 11,733.07 | 02/13 | 54,964.29 | 02/23 | 62,026.63 |
| 02/05 | 34,680.69 | 02/14 | 58,507.88 | 02/26 | 95,149.38 |
| 02/06 | 18,294.46 | 02/15 | 63,655.48 | 02/27 | 115,852.30 |
| 02/07 | 17,418.45 | 02/16 | 11,029.35 | 02/28 | 82,500.48 |
| 02/08 | 4,284.05 | 02/20 | 55,900.04 | 02/29 | 17,740.13 |
| 02/09 | 26,537.06 | 02/21 | 22,006.94 | | |





Customer Number:
Statement Date: 02/29/24
Statement Period: 02/01/24 - 02/29/24
Page Number: 6 of 26





$16,000.00    02/09/2024

## Deposit

| | | | |
|---|---|---|---|
| Transaction Date / Time | 02/17/2024 11:48:41 | Account Number | 2115575679 |
| Check Processing Date | 02/20/2024 | Account Type | Checking |
| Teller ID / Cond/Ban Number | KARELLY * TAMEZ / 321 | | |
| Cost Center | 0180 | | |
| Transaction ID | 153 | Session Funds In | 0.00 |
| | | Cash In | 0.00 |
| | | Check In | 100.00 |
| | | Session Funds Out | 0.00 |
| Sys Calc Deposit Amount | 100.00 | Total Deposit Amt | 100.00 |
| Customer Name | G & G XPRESS INC | | |

⑈114902528⑈    ⑆115575679⑈131⑆0000010000⑆

01802024022000000862888866321

$100.00    02/20/2024

## Deposit

| | | | |
|---|---|---|---|
| Transaction Date / Time | 02/23/2024 15:44:51 | Account Number | 2115575679 |
| Check Processing Date | 02/26/2024 | Account Type | Checking |
| Teller ID / Cond/Ban Number | VIVIAN DELGADO / 326 | | |
| Cost Center | 0180 | | |
| Transaction ID | 42 | Session Funds In | 0.00 |
| | | Cash In | 0.00 |
| | | Check In | 20,300.00 |
| | | Session Funds Out | 0.00 |
| Sys Calc Deposit Amount | 20,300.00 | Total Deposit Amt | 20,300.00 |
| Customer Name | G & G XPRESS INC | | |

⑈114902528⑈    ⑆115575679⑈131⑆0000020300000⑆

01802024022600000834447220326

$20,300.00    02/26/2024





$9,552.24    02/05/2024



$8,035.71    02/12/2024

## Withdrawal

| | | | |
|---|---|---|---|
| Transaction Date/Time | 02/13/2024 14:33:46 | Account Number | 2115575679 |
| Check Processing Date | 02/13/2024 | Account Type | Checking |
| Teller ID/Cond/Ban Number | ERNESTO DUANONES / 171 | | |
| Cost Center | 0110 | Effective Date | |
| Transaction ID | 29 | Withdrawal Type | |
| | | Penalty Amount | 0.00 |
| | | Withholding % | 0.00 |
| | | Total With Amount | 900.00 |
| Customer Name | G & G XPRESS INC | | |

⑈114902528⑈    ⑆115575679⑈147⑆0000090000⑆



$900.00    02/13/2024



IBC BANK

We Do More

Customer Number:
Statement Date: 02/29/24
Statement Period: 02/01/24 - 02/29/24
Page Number: 7 of 26





14573   $7,657.23   02/05/2024



14574   $7,657.23   02/12/2024



14669   $735.58   02/02/2024



14678   $1,708.48   02/02/2024



14679   $190.88   02/02/2024



14688   $997.01   02/02/2024





14689   $1,500.00   02/02/2024



14700   $562.08   02/02/2024



**IBC BANK**
**We Do More**





14701     $1,794.32     02/02/2024



14702     $255.02     02/02/2024



14708     $612.86     02/01/2024



14709     $933.32     02/05/2024



14710     $414.60     02/14/2024



14711     $2,800.00     02/01/2024



14712     $781.93     02/01/2024





14713     $876.52     02/01/2024






14714   $216.50   02/05/2024



14715   $369.66   02/09/2024



14716   $1,939.47   02/09/2024



14717   $864.78   02/09/2024



14718   $628.57   02/02/2024



14719   $1,661.50   02/02/2024




14720   $1,409.15   02/12/2024



14721   $1,260.33   02/16/2024







14722   $1,131.25   02/05/2024



14723   $1,289.97   02/12/2024



14724   $1,385.49   02/05/2024



14725   $661.37   02/05/2024



14726   $640.57   02/05/2024



14727   $600.01   02/05/2024



14728   $587.92   02/05/2024



14729   $650.00   02/05/2024



**IBC BANK**
**We Do More**





14730   $659.99   02/05/2024



14731   $900.00   02/05/2024



14732   $300.00   02/05/2024



14733   $300.00   02/05/2024



14734   $1,200.00   02/06/2024



14735   $240.27   02/09/2024





14736   $879.35   02/07/2024



14737   $700.00   02/05/2024



Customer Number:
Statement Date: 02/29/24
Statement Period: 02/01/24 - 02/29/24
Page Number: 12 of 26





14738   $500.00   02/05/2024



14739   $550.00   02/05/2024



14740   $1,154.67   02/05/2024



14741   $1,134.40   02/05/2024



14742   $1,208.67   02/05/2024



14743   $1,518.58   02/06/2024



14744   $1,192.01   02/06/2024




14745   $1,123.74   02/05/2024





14746   $1,246.66   02/05/2024



14747   $1,834.08   02/05/2024



14748   $1,359.35   02/05/2024



14749   $1,155.43   02/05/2024



14750   $1,150.23   02/06/2024



14752   $901.81   02/06/2024



14753   $992.53   02/06/2024



14754   $1,145.43   02/06/2024



**IBC BANK.**
**We Do More**

Customer Number:
Statement Date: 02/29/24
Statement Period: 02/01/24 - 02/29/24
Page Number: 14 of 26





14755   $932.82   02/09/2024



14756   $1,639.25   02/09/2024



14757   $1,786.13   02/09/2024



14758   $1,662.90   02/06/2024



14759   $1,223.97   02/07/2024



14760   $2,776.78   02/16/2024





14761   $608.96   02/16/2024



14762   $165.34   02/16/2024



14763   $1,049.98   02/09/2024



14764   $1,478.35   02/08/2024



14765   $600.00   02/12/2024



14766   $1,311.53   02/07/2024



14767   $319.34   02/16/2024



14768   $1,378.66   02/09/2024



14769   $1,600.10   02/09/2024



14770   $650.00   02/12/2024







14771    $1,381.35    02/09/2024



14772    $820.69    02/09/2024



14773    $1,046.58    02/09/2024



14774    $640.57    02/14/2024



14775    $300.00    02/14/2024



14776    $300.00    02/12/2024



14777    $700.00    02/15/2024



14778    $700.00    02/12/2024






14779    $500.00    02/20/2024



14780    $859.99    02/12/2024



14781    $935.00    02/12/2024



14782    $587.92    02/12/2024



14783    $895.00    02/15/2024



14784    $600.01    02/12/2024




14785    $660.00    02/12/2024



14786    $1,207.64    02/12/2024







14787    $816.14    02/12/2024



14788    $839.42    02/12/2024



14789    $779.17    02/12/2024



14790    $430.37    02/12/2024



14791    $1,742.80    02/12/2024



14792    $673.73    02/13/2024



14793    $904.64    02/13/2024



14794    $500.00    02/15/2024



**IBC BANK**
**We Do More**





14795   $631.95   02/16/2024



14796   $1,002.42   02/13/2024



14797   $1,162.63   02/14/2024



14798   $925.72   02/14/2024



14799   $150.00   02/15/2024



14800   $720.00   02/20/2024





14801   $720.00   02/20/2024



14802   $1,685.58   02/15/2024







14803   $1,473.40   02/15/2024



14804   $1,500.00   02/23/2024



14806   $479.88   02/20/2024



14807   $1,702.66   02/16/2024



14808   $1,871.37   02/16/2024



14809   $690.13   02/20/2024



14810   $1,096.54   02/20/2024



14811   $1,508.29   02/20/2024







14812     $747.93     02/20/2024



14813     $1,058.35     02/20/2024



14814     $478.00     02/23/2024



14815     $1,711.51     02/20/2024



14821     $587.92     02/21/2024



14823     $97.43     02/23/2024




14824     $352.00     02/16/2024



14825     $600.01     02/20/2024







**14830   $1,906.29   02/20/2024**



**14831   $1,200.00   02/23/2024**



**14832   $104.71   02/23/2024**



**14834   $1,434.10   02/21/2024**



**14835   $1,066.12   02/22/2024**



**14836   $240.00   02/22/2024**



**14838   $1,020.88   02/21/2024**



**14841   $140.00   02/22/2024**



Customer Number: 27403F0075
Statement Date: 02/29/24
Statement Period: 02/01/24 - 02/29/24
Page Number: 23 of 26





14842   $919.03   02/26/2024



14844   $1,057.17   02/23/2024



14845   $1,114.48   02/26/2024



14846   $1,063.17   02/26/2024



14847   $659.99   02/26/2024



14848   $750.00   02/26/2024



14850   $300.00   02/26/2024



14851   $500.00   02/26/2024

# IBC BANK
## We Do More





14853    $640.57    02/26/2024



14854    $1,316.64    02/26/2024



14856    $587.92    02/26/2024



14857    $700.00    02/26/2024



14858    $660.00    02/26/2024



14859    $600.01    02/26/2024



14860    $600.00    02/26/2024



14861    $500.00    02/26/2024







14862    $700.00    02/26/2024



14863    $1,514.18    02/26/2024



14864    $1,100.00    02/26/2024



14867    $544.56    02/26/2024



14868    $916.54    02/26/2024



14869    $549.97    02/26/2024



14870    $886.86    02/26/2024



14874    $608.23    02/28/2024







14875    $959.12    02/28/2024



14878    $563.85    02/28/2024



14879    $1,140.80    02/28/2024



14880    $1,231.96    02/28/2024



14881    $983.46    02/29/2024



14884    $1,416.35    02/29/2024





14885    $1,273.87    02/29/2024

# eSignature Details

---

**Signer ID:**      **HQ8WKAi5iyCqoweHEA29959A**
Signed by:          Jaime Gomez
Sent to email:      g_trucking@sbcglobal.net
IP Address:         67.212.30.222
Signed at:          Mar 27 2024, 2:51 pm CDT